## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                                                             Criminal No. 18-150 (DWF/HB)

Michael Hari (1),
Michael McWhorter(2),
and Joe Morris(3),

        Defendants.

_____                    **ORDER OF DIRECTION TO THE**
                                                                      **CLERK OF COURT FOR**
United States of America,                                  **REASSIGNMENT OF RELATED CASES**

        Plaintiff,

v.                                                                                             Criminal No. 18-313 (PJS)

Michael McWhorter (1),

        Defendant.

_____

      Case No. CR 18-150 (DWF/HB) having been assigned to Judge Donovan W. Frank and Magistrate Judge Hildy Bowbeer , and Case No. CR 18-313 (PJS) having later been assigned to Judge Patrick J. Schiltz and said matters being related cases,

      **IT IS HEREBY ORDERED** that Case No. CR 18-313 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the appropriate deck of the

automated case assignment system.  The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  January 2, 2019         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge


Dated:  January 2, 2019         s/Patrick J. Schiltz
                                PATRICK J. SCHILTZ
                                United States District Judge