# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Michael Hari,

        Defendant.

**COURT MINUTES**
Case Number: CR 18-150(1) DWF/HB

| | |
|---|---|
| Date: | February 7, 2019 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | Chambers |
| Time Commenced: | 3:04 pm |
| Time Concluded: | 3:30 pm |
| Sealed Hearing Time: | 0 |
| Time in Court: | 26 Minutes |

Hearing before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  Plaintiff:    John Docherty & Julie E. Allyn, Assistant U.S. Attorney via phone
  Defendant:  Shannon R. Elkins ☒ FPD.
  Defendant not present.

PROCEEDINGS:

x  **Motion Hearing:** MOTION to Stay or Quash Writ of Habeas Corpus Ad Prosequendum by Michael Hari. (Elkins, Shannon) (Doc. No. [49])**.**

IT IS ORDERED:

x  Motion denied.
x  Written order forthcoming consistent with the Court's ruling.

                                                s/Lori Sampson
                                                Courtroom Deputy