# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-150(1) DWF/HB |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Hari, | |
| Defendant. | |

This matter is before the Court on Defendant Michael Hari's ("Defendant") Motion to Quash or Stay Writ of Habeas Corpus Ad Prosequendum (Doc. No. [47]). A hearing on the matter was held on February 7, 2019. John Docherty and Julie E. Allyn appeared via telephone on behalf of the Plaintiff and Shannon R. Elkins appeared in person on behalf of the defendant. The defendant did not appear as he is presently in the custody of the Central District of Illinois.

Based upon the presentations and submissions of the parties, the Court having carefully reviewed the entire record in this matter as well as consulting with the Honorable Sarah Darrow, United States District Judge for the Central District of Illinois, regarding the status of 2:18-cr-20014 SLD/EIL in that District; consulting with the United States Marshal Service for the District of Minnesota, and the Court being otherwise duly advised the premises, the Court hereby enters the following:

**IT IS HEREBY ORDERED** that:

1.	Defendant Michael Hari's Motion to Quash or Stay Writ of Habeas Corpus Ad Prosequendum (Doc. No. [47]) is **DENIED.**

2.	Following Defendant Hari's initial appearance in this District a status/case management conference shall be set to discuss the case progression to trial and to coordinate the case in the District of Minnesota with the case before Judge Sarah Darrow in the Central District of Illinois.

Dated: February 8, 2019		s/Donovan W. Frank
				DONOVAN W. FRANK
				United States District Judge