*KATHERIAN D. ROE
Federal Defender

*REGGIE ALIGADA
First Assistant Defender

*MANNY ATWAL
Senior Litigator

CHAD SPAHN
Senior Investigator

OFFICE OF THE
# FEDERAL DEFENDER
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

*DOUGLAS OLSON
JAMES BECKER
*SHANNON ELKINS
LISA LOPEZ
KEALA EDE
DOUGLAS MICKO
ROB MEYERS
ERIC RIENSCHE
Assistant Defenders

*MSBA Certified Criminal Law Specialist

March 7, 2019

Honorable Donovan W. Frank             VIA ECF
Senior United States District Judge
Suite 724, Federal Building & U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Honorable Hildy Bowbeer
United States Magistrate Judge
632 Federal Building & U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

    RE:    *United States v. Michael Hari*
            CR 18-150(1) (DWF/HB)

Dear Judge Frank and Magistrate Judge Bowbeer:

The Court has scheduled a Case Management/Status Conference Hearing set for March 8, 2019 at 3:00 PM in Courtroom 7C (STP). ECF No. 64. The Court directed the parties to file a letter setting out proposed agenda items. On behalf of Mr. Hari, the defense proposes the following agenda items to discuss at tomorrow's hearing:

1. Defendant's motion to continue the motion filing deadline and other dates;
2. Anticipated additional discovery production by the government;
3. Case management and coordination between the District of Minnesota matter and the Central District of Illinois matter; and
4. Speedy trial issues in both matters.

Sincerely,

*s/ Reggie Aligada*                                         *s/ Shannon Elkins*

REGGIE ALIGADA                                         SHANNON ELKINS
First Assistant Defender                                Assistant Federal Defender
RAA:sls                                                 SE:sls

cc:    John Docherty & Julie Allyn, AUSA (VIA ECF)