UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 18-CR-00150 (1) (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) **RESPONSE BY THE** |
| | ) **UNITED STATES TO** |
| vs. | ) **DEFENSE MOTION TO** |
| | ) **CONTINUE PRETRIAL** |
| MICHAEL HARI, | ) **MOTIONS FILING** |
| | ) **DEADLINE AND** |
| Defendant. | ) **MOTIONS HEARING** |

The United States of America, through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Assistant United States Attorneys John Docherty and Julie E. Allyn, responds as follows to the defense Motion to Continue Pretrial Motions Filing Deadline and Motions Hearing (CM/ECF No. 78).

The government does not oppose the motion. The government notes that defendant Hari has been placed in administrative segregation in the Anoka County Jail because he disabled a security device in his cell. This incident followed by approximately six months an escape attempt defendant Hari made while in transit from Illinois to Minnesota. The government does not dispute, in the slightest, that defendant is entitled to due process of law; the government agrees that it should be possible for even inmates in segregation to review discovery in their cases; but the government also considers defendant himself to be partly responsible for the situation in which he finds himself.

That said, the government does not oppose a thirty day continuance of the motions filing deadline and a corresponding continuance of the motions hearing.

Date: June 18, 2019

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

BY: JOHN DOCHERTY
Assistant United States Attorney
Attorney Reg. No. 017516X

JULIE E. ALLYN
Assistant United States Attorney