**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Hari (1),<br><br>　　　　　Defendant. | Criminal No. 18-cr-150 (DWF/HB)<br><br>**ORDER ON MOTION**<br>**TO CONTINUE PRETRIAL**<br>**MOTIONS FILING DEADLINE**<br>**AND MOTIONS HEARING** |

This matter is before the Court on Defendant Michael Hari's Motion to Continue Pretrial Motions Filing Deadline and Motions Hearing (ECF No. 78), seeking to extend certain pretrial deadlines. The government has indicated that it does not oppose the motion (ECF No. 80). Having consulted with District Judge Donovan W. Frank, as well as having reviewed the files and records herein, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 78) is **GRANTED** and the pretrial deadlines are **EXTENDED** as follows:

1. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **July 18, 2019**. Two (2) courtesy copies of all motions and responses shall be sent directly to the office of Magistrate Judge Bowbeer.

2. **Counsel shall electronically file a letter on or before July 18, 2019, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, shall be filed by **August 1, 2019**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses shall be filed by **August 5, 2019**, in accordance with Local Rule 12.1(c)(3)(B).

5. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

   a. The government makes timely disclosures and the defendant pleads particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

6. If required, the motions hearing shall be held, in accordance with Local Rule 12.1(d), before Magistrate Judge Hildy Bowbeer on **August 8, 2019**, at **9:30 a.m.**, in **Courtroom 6B**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

7. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT**, the following trial and trial-related dates are:

   a. All voir dire questions and jury instructions shall be submitted to District Judge Donovan W. Frank on or before **September 17, 2019**; and

   b. This case shall commence trial on **September 30, 2019**, at **9:00 a.m.** before District Judge Donovan W. Frank in Courtroom 7C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

8. **IF PRETRIAL MOTIONS ARE FILED**, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Donovan W. Frank to confirm the new trial date.

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. The period of time from **June 18, 2019**, the original motion filing date, through **July 18, 2019**, the continued motion filing date, shall be excluded from the Speedy Trial Act computations in this case.

Dated: June 18, 2019            s/ *Hildy Bowbeer*
                                HILDY BOWBEER
                                United States Magistrate Judge