UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 18-150(1) (DWF/HB) |
|---|---|---|
| v. Plaintiff, | ) ) ) | **DEFENDANT'S PRETRIAL MOTION** |
| MICHAEL HARI, | ) ) | **TO DISCLOSE AND MAKE INFORMANT AVAILABLE FOR** |
| Defendant. | ) ) | **INTERVIEW** |

Michael Hari, through the undersigned attorneys, hereby moves the Court for an Order requiring the government to disclose the identity of any informant or informants utilized by the government in the investigation of the above-entitled matter, and to make such informant(s) available for interview by defendant's attorneys, in preparation for trial, and to disclose the prior criminal convictions of such informants.

Dated: July 18, 2019

Respectfully submitted,

*s/ Shannon Elkins*
_____
SHANNON ELKINS
Attorney No. 332161
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*s/ Reynaldo A. Aligada, Jr.*
_____
REYNALDO A. ALIGADA, JR.
Attorney No. 319776
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

1