UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-150(1) (DWF/HB) |
| | ) | |
| v.        Plaintiff, | ) | |
| | ) | **MEET AND CONFER STATEMENT** |
| MICHAEL HARI, | ) | |
| | ) | |
| Defendant. | ) | |

On July 18, 2019, the undersigned attorneys met with to Assistant United States Attorneys Julie Allyn and John Docherty regarding the motions filed on Mr. Hari's behalf. The parties discussed non-dispositive motions and Mr. Hari's motion to suppress evidence. Mr. Hari's counsel anticipates briefing a "four-corners" challenge to the search warrants at issue. The government will review the motion to suppress and will determine if one or more witnesses will be necessary at the pretrial motions hearing. For pretrial motions seeking discovery or other disclosures from the government, Mr. Hari anticipates the government will detail its positions on those issues in its response to his pretrial motions.

Dated:  July 18, 2019	Respectfully submitted,

**s/ Shannon Elkins**

_____
SHANNON ELKINS
Attorney No. 332161
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**s/ Reynaldo A. Aligada, Jr.**

_____
REYNALDO A. ALIGADA, JR.
Attorney No. 319776
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415