UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-150(1) (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>MICHAEL HARI,   )<br>  )<br>  Defendant.   ) | **DEFENDANT'S MOTION FOR HEARING PURSUANT TO *FRANKS v. DELAWARE*** |

Michael Hari, through undersigned counsel, moves the Court to conduct an evidentiary hearing to examine the affidavits made in support of search warrants for:

1) The home of Mr. Hari's parents, 1\*\* North 1900E Rd., Paxton, Illinois;

2) Mr. Hari's business office, 1\*\* S. Main Rd., Clarence, Illinois; and,

3) Mr. Hari's home, 2\*\* West First Street North, Clarence, Illinois.

As contemplated by *Franks v. Delaware*, a defendant is entitled to such a hearing upon showing that the affidavit contains statements made with a reckless disregard for the truth that affect a reviewing court's finding of probable cause.

As set forth in a separately-filed memorandum, Mr. Hari makes the necessary showing and respectfully requests that the Court schedule a *Franks* hearing at its convenience.

Dated: July 18, 2019　　　　　　　　　　Respectfully submitted,

*s/ Shannon Elkins*

_____
SHANNON ELKINS
Attorney No. 332161
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*s/ Reynaldo A. Aligada, Jr.*

_____
REYNALDO A. ALIGADA, JR.
Attorney No. 319776
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415