US v Michael Hari
CR 18-150(1) (DWF/HB)

# Exhibit D

FD-302 (Rev. 5-8-10)


OFFICIAL RECORD

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    08/14/2017

▓▓▓▓▓▓ JAMA, date of birth ▓▓▓▓▓▓, was interviewed at the Dar Al Farooq Islamic Center (DAFIC), 8201 Park Avenue South, Bloomington, MN 55430. After being advised of the identity of the interviewing Agent, JAMA voluntarily provided the following information:

JAMA resides at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. On August 05, 2017, at approximately 4:45 a.m., JAMA arrived at the DAFIC to attend morning prayer. When he arrived there were a few cars in the parking lot but none of the cars were occupied. JAMA advised he was running late for prayer, and when he entered the main entrance he went directly into the prayer room. JAMA advised he had been attending the DAFIC for many years and attended multiple times per week.

JAMA pointed to another man who was at the scene during the explosion and advised the prayer was run by the other witness. [Agents identified the second witness as ▓▓▓▓▓▓▓▓▓ ABDULAHI]. JAMA did not know ABDULAHI by name, only by face. JAMA advised there were two other men in the prayer room and believed the two men were possibly maintenance workers. JAMA advised ABDULAHI was the only person present in the prayer room who was dressed in traditional clothing.

JAMA advised he left the mosque through the main entrance as soon as prayer ended. As JAMA walked out to his car, which was parked in a space directly in front of the mosque facing South, he heard what sounded like a window breaking. JAMA turned to look toward the building where he heard the noise, and saw a male run from the exterior of the building. The male got into a full-sized dark, possibly black or dark blue truck that was parked close to the curb facing the gymnasium. JAMA did not hear an engine start and surmised the vehicle remained running even in the male's absence. JAMA did not remember the male running around the rear of the truck bed, and could not say with certainty if he was a passenger or the driver. JAMA described the male as wearing a white shirt and dark pants. JAMA could not tell the race of the man. JAMA advised as soon as the door to the truck shut, the vehicle pulled away, traveling West, at a high rate

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on   08/05/2017 | at | Bloomington, Minnesota, United States (In Person) |
| File #   174A-MP-2194854 | | Date drafted   08/10/2017 |
| by   KANE BRENDA, Ryan J. Westby | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

174A-MP-2194854

Continuation of FD-302 of (U) ▓▓▓▓ JAMA , On 08/05/2017 , Page 2 of 2

of speed. JAMA observed the vehicle take a right out of the the DAFIC parking lot onto Park Avenue South. JAMA advised the dark truck was not present when he arrived.

JAMA advised the truck looked "nice", but could not say whether it had two or four doors.[Agents showed JAMA a picture of an SUV and a picture of a Chevy Silverado to get a better understanding of "truck". JAMA pointed to the picture of the Chevy Silverado and advised it was definitely a pick-up truck].

JAMA ran back into the DAFIC to notify the others of what he saw. When he entered the prayer room, he heard an explosion. JAMA walked out of the main entrance at the DAFIC after the explosion, and observed fire in the room with the broken window. JAMA re-entered the DAFIC to tell the others.

JAMA advised he did not see other people at the mosque and does not know who would have bombed the mosque.

JAMA signed an FD-26, Consent to Search. On this form JAMA consented to a DNA swab of the interior of his mouth and to have the FBI take his fingerprints. JAMA provided his cellular telephone as ▓▓▓▓▓▓ and advised he was willing to help in any way he could.

UNCLASSIFIED//FOUO