US v Michael Hari
CR 18-150(1) (DWF/HB)

# Exhibit G

Nov. 14. 2018   3:06PM    Ford County Circuit Clerk                    No. 8971    P. 4

## CIRCUIT COURT OF ILLINOIS

_____ Ford _____ JUDICIAL CIRCUIT COUNTY

☑ Independent
☐ Criminal
☐ Juvenile
☐ Other Civil Proceeding

**Michael B. Hari**
Petitioner's Name (Person desiring protection)

FILED IN THE CIRCUIT COURT
OF FORD COUNTY ILLINOIS

I am filing on behalf of: ☑ myself and/or
☐ minor child(ren) ☐ dependent ☐ high risk adult
(as listed below):

FEB 22 2016
(file stamp)

_Kim Evans_

_____ v. _____

Respondent's Name (Person you desire protection from)          Case # [redacted]

## VERIFIED PETITION FOR ORDER OF PROTECTION

I request an Order of Protection against _____ (Name of Respondent)

☑ I am requesting an Emergency Order of Protection.
☐ I did not give the Respondent notice that I am seeking protection because I fear that giving notice would result in further abuse or because the abuse is likely to recur before I return to court. Good cause exists for granting the remedy or remedies requested without prior service of process or notice.

## PETITIONER INFORMATION

The Petitioner's address for the purpose of service of notice is: 2__ W 1st. St.  Room  Clarence IL 60960.
(Street / P.O. Box)                                    (City)            (State)    (Zip Code)
☐ Check this box, if the above address is an Alternate Address for Service of Notice because disclosure of abused person's actual address would risk further abuse.

Persons to be included in the Order of Protection, in addition to the Petitioner, are:

| Full Name | Age | State of Residence | Relationship to Petitioner |
|-----------|-----|--------------------|-----------------------------|
| Michael B. Hari | 44 | IL/MEXICO | BROTHER |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## RESPONDENT INFORMATION

Date of Birth: [redacted] (mmddyyyy) ☐ Unknown   Sex: ☑ Male ☐ Female
Social Security Number: XXX-XX- UNK (last 4 numbers)   Race: WHITE
Weight: [redacted] Height: 5 ft. 10 in.   Hair color: BRO   Eye color: BLU
Respondent's Current Address:
_____ 13[redacted] _____  Paxton  IL  60957
(Street / P.O. Box)                          (City)      (State)  (Zip Code)
Respondent's Work Address: [redacted]   Work Hours: UNKNOWN
(Street / P.O. Box)                          (City)      (State)  (Zip Code)
Distinguishing Features (scars, marks, tattoos, etc.): _____
Driver's License #: _____ UNK _____   License Plate #: UNK

Form approved by the Conference of Chief Circuit Judges
Effective November 1, 2004

## RELATIONSHIP CODE

The **Petitioner/Abused Person** stands in the following **relationship to the Respondent** (check **all** that apply):

| ✓ | RELATIONSHIP | ✓ | RELATIONSHIP | ✓ | RELATIONSHIP |
|---|---|---|---|---|---|
| | Spouse (**SE**) | | Parent (**PA**) | | Grandparent (**GP**) |
| | Former Spouse (**XS**) | ✓ | Sibling (Brother/Sister) (**SB**) | | In-Law (**IL**) |
| | Boyfriend/Girlfriend (**BG**) (Dating Relationship) | | Step-child (**SC**) | | Person with Disability (**PD**) |
| | Child in Common (**CC**) (parties not married) | | Step-sibling (**SS**) | | Person Responsible for High-Risk Adult (**PR**) |
| | Shared/common dwelling (**CS**) | | Step-parent (**SP**) | | Personal Assistant or Caregiver to Person with Disability (**PC**) |
| | Child (**CH**) | | Grandchild (**GC**) | | Other Related by Blood or Marriage (**OF**) |

## BACKGROUND INFORMATION

1. Is there or has there ever been an Order of Protection in any state and county naming you as the Petitioner or Respondent? ☑ Yes   ☐ No

If **yes**, please provide the following information for each Order of Protection:   Date of expiration
Name of Petitioner ____ Name of Respondent ____ St/County ___ Case Number ___ (mmddyyyy) __

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2. Has a child/dependent/high risk adult of either party been designated as either a Respondent or protected person in any other Order of Protection, Custody or Guardianship proceeding? ☑ Yes   ☐ No

If **yes**, please provide the following information for each Order:   Date of expiration
Name of Petitioner ____ Name of Respondent ____ St/County ___ Case Number ___ (mmddyyyy) __

_____  _____  _____  _____  _____
_____  _____  _____  _____  _____

3. Are there now, or have there ever been, any civil, criminal, or divorce proceedings involving you, one of the protected persons and/or the Respondent? ☑ Yes   ☐ No   ☐ None Known

If **yes**, please list all pending cases below.   *Not relevant to our relationship.*

   a.  Type of Case: _____  Result: _____
       State/County: _____  Case # (if known) _____  Date _____
   b.  Type of Case: _____  Result: _____
       State/County: _____  Case # (if known) _____  Date _____
   c.  Type of Case: _____  Result: _____
       State/County: _____  Case # (if known) _____  Date _____

4. Venue is appropriate in this county because:

   ☐ The Petitioner resides here.

   ☑ The Respondent resides here.

   ☑ The abuse occurred here.

   ☐ The Petitioner is here temporarily to avoid abuse.

5. I am requesting an Order of Protection because the defendant did the following things on the dates and times indicated below.

Date

14 January 2016    Respondent entered my home and property at 2██W 1st Street North Clarence

Through                an unknown number of times. On the 22nd of January the Respondent took a

23 January 2016    trail camera valued at $89 from my property, where it was set up to record

as a security camera. I called the respondent and asked if he had been at the

property and he admitted it, but stated he had not taken the trail camera. I

called the Ford County Sheriff's office and they took a report and collected

evidence including shoe prints and a piece of blank paper that was taped to the

front door of the house. During most of this time I was gone to Texas

and the Republic of Mexico.


January 17, 2016 One of my horses became inexplicably ill. The veterinarian could not explain

the illness, and five days later the horse died. During my absence, my adult

daughter A██████ ██ █alled the Respondent and asked him to assist my other

adult daughter M██████H██ n getting the sick horse to her feet. He came

and assisted M██ H██ nce in when she was there. The month before

we lost a horse to what we thought at the time was clearly tetanus.


January 23, 2016    Respondent replaced the camera on a tree at my property. I took the camera and

advised the Sheriff's Office of its return. I checked the pictures, and there were

three deleted pictures.


January 24, 2016    I took the disk from the camera to Simplified Computing.


February 2, 2016  Simplified Computing recovered one readable picture from the disk. It showed the

inside of a pickup truck with a blue piece of paper stuck in the dashboard dated the

22nd of January.

Page 3 of 14

)                                                    )

I told the Sheriff's Office, and then checked local Dodge pickups in Clarence. The

dashboard was that of a Dodge pickup, and my brother had one so at last I checked

his pickup, parked at the United Methodist church in Paxton. The pickup dashboard

and blue piece of paper matched.

February 2, 2016   I texted my brother to meet with me at my parent's house in rural Paxton, advising

him of fingerprints and pictures, and that another property owner in the area

was concerned about the thefts from my place. He arrived at about 8:30 pm,

entered my parent's home, and when I asked him why he took it and erased the

pictures he stated, "Maybe I just don't like having my picture taken." He then

started screaming at me about a trailer accident that took place in January.

He walked toward me and screamed in my face at less than arm's length, raising his

arm, and  placing me in apprehension of receiving a battery. He had never

expressed any anger

to me over the accident prior to that time. I had offered to pay him for any damage

prior to borrowing the trailer, and he has never asked me for any money.

Although he did not say so, it seems to me from the fact that he immediately

started talking about the accident when I asked him about the pictures, that he

did whatever he did at my home in retribution for the accident. He was completely

unreasonable, and offered no explanation for taking the camera or deleting the

pictures and his screaming and threatening approach caused me to believe that

he meant to strike me. J███ H███ suffers from post-traumatic stress disorder

as a result of his military service in Iraq, as well as mental problems, confusion,

and fits of rage as a result of traumatic brain injuries. J████ was prescribed

medication for his mental problems, but he has stated to me that he does not

take it.

Although he does not have a concealed carry permit, he is known to me and my

family to frequently carry a Colt Model 1911 .45 automatic. Respondent was involved

in a past altercation when he shot at two men at his former home in Loda.

I frequently travel on business, and my adult daughter, M███ H███

Page 4 of 14

takes care of my animals at my Clarence house.

Petitioner is afraid that he will

return to Clarence and harm one of us or my horses or dogs.  The

Respondent has a history of taking and harming animals, as he took

a cat from my wife and I's home in 1990.  The Respondent also shot four pet dogs

of his own in a rage when they got out and killed a goat in 2002.

February 3, 2016   The Sheriff's Office advised me that J███ H██ ad confessed to taking the camera.

February 4, 2016   I was advised that the Respondent had left the state of Illinois, and gone to Florida.

February 14-18, 2016   I was gone to the state of New York.

February 21, 2016   I was advised the respondent has returned to his home in Illinois, and is still

enraged over the incident.  In order to avoid a confrontation, I avoided him

all that day.

page 5 of 14

CASE 0:18-cr-00150-DWF-HB   Document 97-7   Filed 07/18/19   Page 7 of 22

Nov. 14. 2018  3:07PM    Ford County Circuit Clerk.                    No. 8971   P. 9

## REMEDIES SECTION
(750 ILCS 60/214)

**PURSUANT TO THE ILLINOIS DOMESTIC VIOLENCE ACT ("THE ACT"), THE PETITIONER SEEKS THE FOLLOWING REMEDIES:**

## PART A. REMEDIES INVOLVING PERSONAL PROTECTION

☑ 1. **(R01)** With respect to all protected persons, that the Respondent be prohibited from committing the following acts of abuse or threats of abuse (check all that apply):

☑ Harassment, interference with personal liberty, physical abuse, or stalking.

☐ Intimidation of a dependent.

☐ Willful deprivation.

☐ Neglect.

☐ Exploitation.

☑ 2. **(R03) Stay Away**

☐ a. That the Respondent be ordered to stay at least _500_ feet away from the Petitioner and/or protected person(s)' and their residence, school, daycare, employment and any other specified place.

> **"Stay Away" means for the respondent to refrain from both physical presence and nonphysical contact with the petitioner whether direct, indirect (including, but not limited to, telephone calls, mail, email, faxes, and written notes), or through third parties who may or may not know about the order of protection.**

☑ b. Respondent be prohibited from entering or remaining while Petitioner and/or protected person(s) is/are present at:
☑ Their place of residence currently located at 2▉ *wlstN Clarence R 60760*.

~~☐ Their place of employment at~~ _____

~~☐ Their school, located at~~ _____

☑ Any of the following specified places, when Petitioner and/or protected person(s) is/are present: 3▉ *Summer St, Paxton R* ▉ *Rutledge, Danknville R, and Km 7 Callejon a Patiños, Zaragoza, Coahuila Mexico*

☐ 3. **(R14)** That Respondent be prohibited from entering or remaining in the residence or household while under the influence of drugs or alcohol and constituting a threat to the safety or well-being of Petitioner or Petitioner's children.

## PART B. REMEDIES INVOLVING PROPERTY (These remedies do not affect title to property (750 ILCS 60/214(b)(2)).

☐ 1. **(R02)** That the Petitioner be granted exclusive possession of, and Respondent be prohibited from entering or remaining present at the residence/household located at:

| | | | |
|---|---|---|---|
| (Street) | (City) | (State) | (Zip Code) |

(Check one)
☐ Petitioner has a right to occupancy and Respondent has no such right, or
☐ Petitioner and Respondent both have right to occupancy, but the balance of hardships favors Petitioner's occupancy over Respondent's.

☐ 2. **(R10)** That with respect to personal property possession should be awarded as follows:

☐ a. Petitioner be granted the following personal property: _____

☑ b. That the Respondent be ordered to promptly make available to the Petitioner the following

property over which the Respondent has possession or control: _All property_

_taken from ~~the~~ ~~petitioner~~ Petitioner._

(Check as applies)

☑ The Petitioner, but not Respondent, owns the property, or

☐ The property is jointly owned by the parties, and sharing it would risk abuse or is impracticable and the balance of hardships favors temporary possession by Petitioner, and/or

☐ Petitioner claims property as marital property, and a proceeding has been filed under the Illinois Marriage and Dissolution of Marriage Act ("IMDMA").

☐ c. That Respondent be given his/her ☐ clothing ☐ personal adornments ☐ medicine

☐ other personal property, namely _____

☑ 3. (R10) That personal property be transferred:

☐ at the residence, or

☐ at _____
          (Street)                              (City)              (State)              (Zip Code)

That the transfer of personal property take place in the presence of:

☑ law enforcement, or ☐ an agreed-upon third party, namely _____

☐ Respondent ☐ Petitioner have the right to enter the residence to retrieve the property but only in the presence of law enforcement or the designated third party.

Time and date of transfer: _____

☑ 4. (R11) That Respondent be prohibited from taking, transferring, encumbering, concealing, damaging, or otherwise disposing of the following real and/or personal property:

_Any of Petitioner's property_

_____

(Check as applies)

☑ Petitioner, but not Respondent, owns the property, or

☐ The Parties own the property jointly, and the balance of hardships favors granting this remedy, and/or

☐ Petitioner claims property as marital property and a proceeding has been filed under the IMDMA.

☐ 5. (R11) That Respondent be prohibited from using financial or other resources of an aged member of the family or household for the profit or advantage of Respondent or any other person.

☑ 6. (R11.5) That the petitioner be granted the exclusive care, custody, or control of any animal owned, possessed, leased, kept, or held by either the petitioner or the respondent or a minor child residing in the residence or household of either the petitioner or the respondent and order the respondent to stay away from the animal and forbid the respondent from taking, transferring, encumbering, concealing, harming, or otherwise disposing of the animal.

## PART C. REMEDIES INVOLVING CHILDREN

List the full name, age, and the state of residence of all children **not listed on page 1 of this petition** whose custody and or visitation may be affected by the issuance of an order of protection against the respondent. Any prior Orders of Protection, Custody or Guardianship proceedings affecting the child should be listed in the Background Information (page 2 of 11) of this petition.

| Full Name | Age | State of Residence | Relationship to Petitioner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐  1.  That the primary caretaker of the minor child(ren) is  ☐ Petitioner  ☐ Respondent

   · ☐ Other Person: _____
                                 (Name and Address)

☐  2.  **(R05)** That Petitioner be granted the physical care and possession of the minor child(ren) of the parties, and that:

    ☐  a. Respondent be ordered to return the minor children to the physical care of:
        ☐ Petitioner
        ☐ Other _____
                         (Name and Address)

        on _____ at _____ am/pm in the

        presence of _____

    ☐  b. Respondent be ordered not to remove the minor child(ren) from the physical care of the Petitioner, school/school grounds, or babysitter/daycare provider.

    ☐  c. Within 24 hours of the issuance of the Order, the Circuit Clerk is directed to send written notice of the Order to any protected child's day care or school, specifically to the following:

    _____
    _____
    _____
    _____

          (Provide child's name, then Name and Address for each child's school / day care)

☐  3.  **(R06)** That the Court award Petitioner temporary custody of the minor child(ren) of the parties. **(Please note, temporary custody is not available as a remedy in an emergency order of protection).**

    ☐  a. The children were born prior to or during the course of the marriage between the parties;

    ☐  b. The parties are unmarried; the children are children in common of the parties; and there ☐ has / ☐ has not been a legal determination of parentage.

    ☐  c. If neither of the above applies, please explain here: _____

    _____

Nov. 14. 2018  3:07PM    Ford County Circuit Clerk                    No. 8971   P. 12

☐ 4. **(R07) (Visitation)** That the Court provide for visitation as follows:

  ☐ a. ☐ **Deny**/ ☐ **Restrict** visitation because the Respondent has or is likely to:
  ☐ Abuse or endanger the minor child(ren) during visitation.
  ☐ Use visitation as an opportunity to abuse or harass Petitioner, Petitioner's family, or household members.
  ☐ Improperly conceal or detain the minor child(ren).
  ☐ Act in a manner that is not in the best interest of the minor child(ren).

  ☐ b. **Reserve** visitation until further hearing.

  ☐ c. Allow the Respondent to have visitation with the minor child(ren):

   ☑ Every _____ from _____ am/pm to _____ am/pm.

   ☐ Each weekend from _____ am/pm to _____ am/pm.

   ☐ Every other weekend from _____ am/pm to _____ am/pm.

   ☐ Other: _____

   ☐ Holidays: _____ from _____ am/pm to _____ am/pm.

  ☐ d. Due to the necessity of protecting Petitioner from further abuse, that Respondent be prohibited from going to Petitioner's residence to meet the minor child(ren) for visitation;

  ☐ e. That the Respondent be ordered to pick up and return the child(ren) for visitation at:

   _____
   (Street Address / City / State)

  ☐ f. That visitation take place at _____
   (Street Address / City / State)

   and that transportation be provided by _____

  ☐ g. That visitation be supervised by _____ who has filed or will file an affidavit accepting responsibility and acknowledging accountability to the Court.

  ☐ h. Further, that the court order the Respondent to return the child(ren) to Petitioner or Petitioner's designated person immediately at the end of visitation.

  ☐ i. That the Respondent be allowed visitation that the Court finds to be in the best interests of the child(ren).

☐ 5. **(R08)** That the Respondent be ordered not to conceal the minor child(ren) within the State or remove the child(ren) from the State of Illinois.

☐ 6. **(R09)** That the Respondent be ordered to appear in Court
  ☐ Alone ☐ With the minor children
    ☐ To prevent abuse, neglect, removal or concealment of the child,
    ☐ To return the child to the custody or care of the Petitioner, or
    ☐ To permit a court-ordered interview or examination of the child or Respondent.

☐ 7. **(R15)** That Respondent be denied access to and be prohibited from inspecting, obtaining, or attempting to inspect or obtain school or any other records of the minor child(ren) in the care of the Petitioner because:
  ☐ Petitioner is requesting that the Order of Protection prohibit Respondent from having contact with the minor child(ren), or
  ☐ Petitioner's actual address is omitted due to the risk of further abuse, or
  ☐ It is necessary to prevent abuse or wrongful removal or concealment of the minor child(ren).

**PART D.  FIREARMS** (Respondent must be present in court or have had actual notice of these proceedings before a turnover of firearms can be ordered.)

☑ 1. **(R14.5)** That the Respondent be ordered to turn over any and all firearms in his/her possession to a law enforcement agency because:

**Respondent**
☐ has used or threatened to use firearms against me, and/or
☑ is likely to use firearms illegally against me.

**Further, Respondent**
☑ possesses a firearm.
☑ has a history of violence.
☑ has a history of possession/use of firearms.
☑ carries a firearms on his/her person in a vehicle.
☐ Make and model of vehicle: _black Dodge ton truck_
☑ may be a threat to the safety of the public or police officer when encountered.
☑ is, or has been known to be, suicidal.

☐ 2. The Respondent has the following firearms (describe each):

| Description | Location |
|---|---|
| US Army   M1  Carbine | Blz E 700 N  Payotta DL |
| US Army  Model  1911   45 auto | Marlin 22 Rifle |
| Model  70  Winchester | |
| Star  .22  Short  club  pistol | |

**PART E.  ECONOMIC REMEDIES** (Economic remedies are not available at the Emergency hearing.)

☐ 1. **(R12)** That the Court order payment of support.
   ☐ a. Petitioner requests that Respondent be ordered to pay temporary child support.
   ☐ b. Petitioner requests that Respondent be ordered to pay temporary support to the Petitioner.
   ☐ c. Respondent is ☐ unemployed  ☐ employed by:

_____ at _____
(Employer)          (Street Address)       (City/State)
and has an approximate take-home pay of $_____ ☐ weekly ☐ bi-weekly
☐ ___/___ of the month  ☐ monthly.

☐ 2. **(R13)** That Respondent be ordered to pay Petitioner for losses suffered as a direct result of abuse, neglect, or exploitation, including:

| | | |
|---|---|---|
| ☐ Medical expenses | $_____ | (if known) |
| ☐ Lost earnings | $_____ | (if known) |
| ☐ Repair/replacement of property damaged or taken | $_____ | (if known) |
| ☐ Reasonable attorneys' fees | $_____ | (if known) |
| ☐ Moving and other travel expenses | $_____ | (if known) |
| ☐ Reasonable expenses for housing other than a domestic violence shelter/meals | $_____ | (if known) |
| ☐ Expenses for search and recovery of children | $_____ | (if known) |
| ☐ Other | $_____ | (if known) |

**If you desire payment for any of the above, please bring documentation (receipts, etc.) to the hearing.**

☐ 3. **(R16)** That Respondent be ordered to reimburse a shelter providing temporary housing or counseling to Petitioner.

## PART F.  MISCELLANEOUS REMEDIES

☑ 1.  **(R04)** That the Respondent be ordered to undergo and successfully complete counseling.
**(If you desire that the Respondent undergo counseling, you should check this box, but
this remedy is not available at the Emergency hearing.)**

☐ 2.  **(R17)** That Respondent be further ordered and enjoined as follows:  Respondent
1) enjoined from making any
harassing complaints against petitioner.

**WHEREFORE,** Petitioner moves the Court to grant the relief requested in this petition.

### VERIFICATION

Under the penalties of perjury as provided by law pursuant to section 1-109 of the code of civil
procedure, the undersigned certifies that the statements set forth in this instrument are true and
correct, except as to matters therein stated to be on information and belief and as to such matters
the undersigned certifies as aforesaid that the undersigned verily believes the same to be true.

_MB Hari_
Signature of Petitioner

_Pro Se_

**Attorney for Petitioner:**

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Phone: _____ Fax: _____

ARDC: _____

# Emergency
# Order of Protection

| | |
|---|---|
| Court Ph. | |
| Court | 11th  JUDICIAL CIRCUIT |
| County | Ford  State of ILLINOIS |
| Case No. | 16-OP-8 |

**FILED IN THE CIRCUIT COURT OF FORD COUNTY ILLINOIS**

**FEB 22 2016**

(file stamp) *Kim Evans*

CLERK

## PETITIONER

Michael  Benjamin  Havi
First          Middle          Last

Petitioner's ☒ Address/ ☐ Alternative Address:

2__ W 1st N  Clarence  IL  60960

☒ Petitioner
And/or on behalf of other protected person(s) listed below:
☐ Child(ren) as noted on page 6, Part C of this order
☐ Dependent _____ (name)
☐ High Risk Adult _____ (name)

## RESPONDENT

H___  J_____
First       Middle       Last  BRITHER

Relationship to Petitioner: BROTHER

Respondent's Address:

13_____ PAXTON
(Home)

_____ Paxton
(Work)          (Work Hours: Unknown )

**Caution indicators:**
☒ (A) Considered armed and /or dangerous
☐ (S) Suicidal
☐ (Y) Considered armed, dangerous and suicidal

### RESPONDENT IDENTIFIERS

| SEX | RACE | DOB | HT. | WT. |
|---|---|---|---|---|
| M | W | ▓▓▓ | 5'8" | 210 |

| EYES | HAIR | SOCIAL SECURITY (last 4#s) |
|---|---|---|
| BLU | BRO | XXX-XX-▓ |

| DRIVER'S LIC. # | STATE | License Plate # |
|---|---|---|
| C/NK | | |

Distinguishing Features (scars, marks, tattoos, martial arts):

## THE COURT FINDS:

That it has jurisdiction over the Petitioner and subject matter and the Respondent will be provided with reasonable notice and an opportunity to be heard within the time required by Illinois law.

## THE COURT ORDERS: (Additional terms are set forth herein)

☐ That Respondent is prohibited from further acts/threats of abuse on protected persons. (See R01)
☐ That Respondent is ordered to stay away from Petitioner and/or other protected persons. (See R03)
☐ That the Circuit Clerk is ordered to send within 24 hours Daycare / School Notice(s). (See page 7)

The terms of this Order shall be effective until **3-14-16**  **3:30**
                                                    (Date)        (Time am/pm)

A hearing on the entry of a Plenary/Interim Order of Protection is set for: **3-14-16** at **3:30pm**
                                                                          (Date)          (Time)
at the Ford County Courthouse, 200 W. State St, Paxton, IL  in Courtroom: ___

*A PLENARY (FINAL) ORDER OF PROTECTION MAY BE ENTERED AGAINST YOU BY DEFAULT IF YOU FAIL TO APPEAR AT SUCH HEARING.*

Form approved by the Conference of Chief Circuit Judges.
Effective November 1, 2004

# NOTICES CONCERNING THIS
# EMERGENCY ORDER OF PROTECTION

## WARNING TO RESPONDENT

Violating this Order of Protection is punishable by imprisonment or fine or both, and can cause your bond to be revoked, result in a contempt of court citation against you, or the filing of a criminal charge.

This protection order is enforceable, even without registration, in all 50 states, the District of Columbia, tribal lands, and the U.S. Territories pursuant to the Violence Against Women Act (18 U.S.C. § 2265). Violating this order of protection may subject you to federal charges and punishment. 18 U.S.C. §§ 2261-2262.

Only the court can change this order. The Petitioner cannot give you legal permission to change this order. If you go near the Petitioner, even with the Petitioner's consent, you may be arrested. Unless the court modifies/dismisses this order, you can be arrested for violating this Emergency Order of Protection. You act at your own risk if you disregard this WARNING.

You have been served with notice that the Petitioner has filed for a Plenary or Interim Order of Protection (effective for up to two years), and have been provided with a date on which you must appear in court if you wish to contest entry of the order. If you fail to appear, an Order of Protection may be issued in your absence.

## NOTICE TO PETITIONER

You cannot change the terms of this order by your words or actions. If the Court has ordered no contact or exclusive possession of the residence, only the Court can allow the Respondent to contact you or return to the residence. If you and the Respondent want to resume your relationship, you **must** ask the Court to modify or dismiss this Order of Protection.

If you wish to ask the court for an Interim or Plenary (Final) Order of Protection (effective for up to two years), you must appear in court on the date set for a hearing.

## NOTICE TO ALL LAW ENFORCEMENT AGENCIES AND OFFICERS

This Order of Protection is enforceable, even without registration, in all 50 states, the District of Columbia, tribal lands, and the U.S. Territories pursuant to the Violence Against Women Act (18 U.S.C. § 2265), provided notice of this Emergency Order of Protection has been provided to the Respondent. Violating this Order of Protection may subject the Respondent to state and/or federal charges and punishment. 18 U.S.C. §§ 2261-2262.

## NOTICE TO RESPONDENT

Any knowing violation of an order of protection forbidding physical abuse, neglect, exploitation, harassment, intimidation, interference with personal liberty, willful deprivation, or entering or remaining present at specified places when a protected person is present, or granting exclusive possession of the residence or household or granting a stay away order is a Class A misdemeanor and a second or subsequent violation is a Class 4 felony. The granting of exclusive possession of the residence or household shall constitute notice forbidding trespass to land. Any knowing violation of an order awarding legal custody or physical care of a child or prohibiting removal or concealment of a child may be a Class 4 felony. Stalking is a Class 4 felony for a first offense and a Class 3 felony for a subsequent offense. Any willful violation of any order is contempt of court. Any violation may result in fine or imprisonment.

## FINDINGS [Jurisdiction]

The Court, having reviewed the verified petition and having examined the petitioner under oath or affirmation, finds that:

1. Good cause exists for granting the remedy or remedies requested without prior service of process or notice because:

   A. ☒ The harm that Remedies 1, 3, 5, 8, 9, 11, 14, 15, and 17 are intended to prevent would be likely to occur if the Respondent were given prior notice, or greater notice than was actually given, of the Petitioner's efforts to obtain judicial relief.

   B. ☐ For Remedy 2, the immediate danger of further abuse of Petitioner by Respondent, if Petitioner chooses or had chosen to remain in the residence or household while Respondent was given any prior notice or greater notice than was actually given or of Petitioner's efforts to obtain judicial relief, outweighs the hardships to Respondent of an Emergency Order granting Petitioner exclusive possession of the residence or household.

   C. ☐ For Remedy 10, improper disposition of the personal property would likely occur if the Respondent were given any prior notice, or greater notice than was actually given, of the Petitioner's efforts to obtain judicial relief, or Petitioner has an immediate and pressing need for the possession of that property (750 ILCS 60/217(a)(3)(iii)).

2. ☐ Petitioner's actual address is set forth on page one (1).
   or
   ☐ Disclosure of Petitioner's address would risk further abuse. The address set forth below is the address for the purpose of service of notice on the petitioner in this case.

   _____   _____   _____   _____
   (Street / P.O. Box)                (City)            (State)   (Zip Code)

3. ☒ The persons protected by this order are:

   ☒ Petitioner
   ☐ Minor child(ren) who are so identified on page 6 of 11, Part C of this order.
   ☐ Other protected parties listed in page 1 of 11 of this order.

4. ☒ The court has jurisdiction over the minor child(ren) and/or other protected persons. (750 ILCS 60/208)

**RELATIONSHIP CODE:** The Petitioner/Abused Person stands in relationship to the Respondent as (check **all** that apply):

| ✓ | RELATIONSHIP | ✓ | RELATIONSHIP | ✓ | RELATIONSHIP |
|---|---|---|---|---|---|
| | Spouse (SE) | | Parent (PA) | | Grandparent (GP) |
| | Former Spouse (XS) | | Sibling (Brother/Sister) (SB) | | In-Law (IL) |
| | Boyfriend/Girlfriend (BG) (Dating Relationship) | | Step-child (SC) | | Person with Disability (PD) |
| | Child in Common (CC) (parties not married) | | Step-sibling (SS) | | Person Responsible for High-Risk Adult (PR) |
| | Shared/common dwelling (CS) | | Step-parent (SP) | | Personal Assistant or Caregiver to Person with Disability (PC) |
| | Child (CH) | | Grandchild (GC) | | Other Related by Blood or Marriage (OF) |

## FINDINGS [General]

The Court, having reviewed the verified petition and having examined the petitioner under oath or affirmation, finds that:

☑ Venue is proper (750 ILCS 60/209).

☑ The Respondent has abused the Petitioner and/or the child(ren) so identified on Part C (page 6 of 11) of this order and/or the protected person(s) listed on Page 1 of 11 of this order (750 ILCS 60/214(a)).

☐ The abused person(s) is/are unable to bring this Petition on his/her own behalf due to age, health, disability, or inaccessibility (750 ILCS 60/214(a)).

☐ The Petition has been filed on behalf of a high-risk adult with disabilities who has been abused, neglected, or exploited by a family or household member...

☐ An Order of Protection has previously been entered in the instant proceeding or in another proceeding in which any party, or a child of any party, or both, has/have been designated as either a respondent or a protected person (750 ILCS 60/223.1).

**IT IS ORDERED** the following remedies that are checked apply in this case.

## PART A. REMEDIES INVOLVING PERSONAL PROTECTION

☑ 1. (R01)(Police Enforced) With respect to all protected persons, Respondent is prohibited from committing the following acts of abuse or threats of abuse (check all that apply):

☑ Harassment, interference with personal liberty, physical abuse, or stalking.

☑ Intimidation of a dependent.

☐ Willful deprivation.

☐ Neglect.

☐ Exploitation.

☑ 2.  **(R03)(Police Enforced) Stay Away**

☑ a.  That the Respondent is ordered to stay at least __500__ feet away from the Petitioner and/or protected person(s)' and their residence, school, daycare, employment and any other specified place.

> **"Stay Away"** means for the respondent to refrain from both physical presence and nonphysical contact with the petitioner whether direct, indirect (including, but not limited to, telephone calls, mail, email, faxes, and written notes), or through third parties who may or may not know about the order of protection.

☑ b.  Respondent is prohibited from entering or remaining while Petitioner and/or protected person(s) is/are present at:

    ☑ Their place of residence currently located at __2▆▆ W 1st N Clarence Dr 60960__

    ☐ Their place of employment at _____

    ☐ Their school, located at _____

    ☑ Any of the following specified places, when Petitioner and/or protected person(s) is/are present:

        ▆▆▆▆ Bandraville Ill ; KM 7 Callejón a Rincónos; Zaragoza Mexico

☐ 3.  **(R14)(Police Enforced)** Respondent is prohibited from entering or remaining in the residence or household while under the influence of drugs or alcohol and constituting a threat to the safety or well-being of Petitioner or Petitioner's children.

## PART B.  REMEDIES INVOLVING PROPERTY

    **(R02)(Police Enforced)** Petitioner is granted exclusive possession of, and Respondent is prohibited from entering or remaining present at the residence/household located at:

_____   _____       _____   _____
(Street / P.O. Box)                                              (City)                    (State)      (Zip Code)

    ☐ ...tioner has a right to occupancy and Respondent has no such right, or

    ☐ Petitioner and Respondent both have right to occupancy but the balance of hardships favors temporary possession by Petitioner, the court having considered the factors set forth in 750 ILCS 60/214(c)(2).

☐ 2.  **(R10)(Court Enforced) Personal Property**

    ☐ a.  Petitioner is granted possession of the following personal property: _____

    _____

    _____

    ☐ b.  If the Respondent has possession of the property listed in 2a above, the Respondent shall promptly make it available to the petitioner.

    With respect to 2a and 2b above, the Court finds as follows:

    ☐ The Petitioner, but not Respondent, owns the property, or

    ☐ The parties own the property jointly, and sharing it would risk abuse or is impracticable and the balance of hardships favors temporary possession by Petitioner, and/or

    ☐ Petitioner claims property as marital property, and a proceeding has been filed under the Illinois Marriage and Dissolution of Marriage Act ("IMDMA").

    ☐ c.  Respondent is given his/her ☐ clothing ☐ personal adornments ☐ medicine

    ☐ other personal property, namely _____

☑ 3. **(R10)(Police Enforced)** Personal property shall be transferred

  ☐ at the residence, or

  ☐ at _____ _____ _____ _____
        (Street)                      (City)      (State)   (Zip Code)

That the transfer of personal property shall take place in the presence of:

        enforcement, or ☐ an agreed-upon third party, namely _____

  ☐ Respondent ☐ Petitioner shall have the right to enter the residence to retrieve the property but only in the presence of law enforcement or the designated third party.

Time and date of transfer: _____

    *(This transfer does not affect title to property (750 ILCS 60/214(b)(2)).*

  ☐ **(R11)(Court Enforced)** Respondent is prohibited from taking, transferring, concealing, encumbering, damaging, or otherwise disposing of the following real or personal property:

_____

except as explicitly authorized by the Court because:

    _____, but not Respondent, owns the property, or

  ☐ The parties own the property jointly, and the balance of hardships favors granting this remedy, and/or

  ☐ Petitioner claims the property as marital property and a proceeding has been filed under the IMDMA.

☐ 5. **(R11)(Court Enforced)** Respondent is prohibited from using financial or other resources of an aged member of the family or household for the profit or advantage of Respondent or any other

  6. **(R11.5) (Court Enforced)** That the petitioner is granted the exclusive care, custody, or control of any animal owned, possessed, leased, kept, or held by either the petitioner or the respondent or a minor child residing in the residence or household of either the petitioner or the respondent and order the respondent to stay away from the animal and forbid the respondent from taking, transferring, encumbering, concealing, harming, or otherwise disposing of the animal.

## PART C. REMEDIES INVOLVING CHILDREN

The minor child(ren) of the parties is/are:

| Full Name | Age | State of Residence | Relationship to Petitioner | Included as Protected Party |
|---|---|---|---|---|
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

☐ 1. The primary caretaker of the minor child(ren) is ☐ Petitioner ☐ Respondent

  ☐ Other person: _____
                              (Name and Address)

☐ 2. **(R05)(Police Enforced)** Petitioner is granted the physical care and possession of the minor child(ren) of the parties, and

  ☐ a. Respondent is ordered to return the minor children to the physical care of:

    ☐ Petitioner

    ☐ Other _____
                      (Name and Address)

    on _____ at _____ am/pm in the presence

    of _____

☐ b. Respondent is further ordered not to remove the minor child(ren) from the physical care of the Petitioner, school/school grounds, or babysitter/daycare provider, or other person *in loco parentis* (750 ILCS 60/214(b)(5)).

☐ c. The Circuit Clerk shall, within 24 hours of the issuance of this Order, send written notice of the Order to any protected child's day care or school to the following: (list child's name and the name and address of each child's school/day care.

_____

_____

_____

☐ If this box is checked, the petitioner shall provide this information to the clerk by a separate written notice which the clerk shall impound to prevent further abuse.

☐ 3.  **(R07)** (Court Enforced) **Visitation of the minor child(ren)**

   ☐ a. Visitation is ☐ **denied** / ☐ **restricted** because Respondent has or is likely to:
   ☐ Abuse or endanger the minor child(ren) during visitation.
   ☐ Use visitation as an opportunity to abuse or harass Petitioner, Petitioner's family, or household members.
   ☐ Improperly conceal or detain the minor child(ren).
   ☐ Act in a manner that is not in the best interest of the minor child(ren).

   ☐ b. Visitation is **reserved** until further order of court, or ☐ until _____.

   ☐ c. Visitation is **granted** as follows: (Check all that apply)
   ☐ Every _____ from _____ am/pm to _____ am/pm.

   ☐ **Each weekend** or ☐ **Alternating** weekends.

      ☐ Friday at _____ am/pm to Saturday at _____ am/pm
      ☐ Friday at _____ am/pm to Sunday at _____ am/pm
      ☐ Saturday at _____ am/pm to Sunday at _____ am/pm
      ☐ Saturday at _____ am/pm to Saturday at _____ am/pm
      ☐ Sunday at _____ am/pm to Sunday at _____ am/pm

      ☐ Major holidays shall be divided as follows: _____
      _____

   ☐ d. The Court, finding it necessary to protect Petitioner or other protected parties from further abuse, prohibits Respondent from going to Petitioner's residence to meet the minor child(ren) for visitation.

   ☐ e. Visitation Transportation
   ☐ Each parent shall provide transportation one-way for visitation, **or**
   ☐ _____ shall provide all transportation for visitation, **or**
   ☐ Other arrangements _____

   ☐ f. Visitation shall take place at _____
                                        (Street Address/City)

   ☐ g. Visitation is to be supervised by _____ who is approved to supervise visitation and who has filed an affidavit accepting responsibility and acknowledging accountability to the Court.

   ☐ h. Respondent shall return the child(ren) to Petitioner or Petitioner's designated person immediately at the end of visitation.

---

**Notice to Respondent**

The Petitioner may, by law, deny Respondent access to the minor child(ren) if, when Respondent arrives for visitation, Respondent is under the influence of drugs or alcohol and constitutes a threat to the safety and well-being of Petitioner or Petitioner's minor child(ren) or is behaving in a violent or abusive manner (750 ILCS 60/214(b)(7)).

)                                                    )

☐ **4.** **(R08)(Police Enforced)** Respondent is ordered not to conceal the minor child(ren) within the State or remove the child(ren) from the State of Illinois.

☐ **5.** **(R09)(Court Enforced)** Respondent is ordered to appear at the _____,
_____ in Courtroom_____, on _____,
20____ at_____ am/pm ☐ Alone / ☐ With the minor children:

    ☐ To prevent abuse, neglect, removal or concealment of the child,
    ☐ To return the child to the custody or care of the Petitioner, or
    ☐ To permit a court-ordered interview or examination of the child or Respondent.

☐ **6.** **(R15)(Court Enforced)** Respondent is denied access to and is prohibited from inspecting, obtaining, or attempting to inspect or obtain school or any other records of the minor child(ren) in the care of the Petitioner because:
    ☐ The Order of Protection prohibits Respondent from having contact with the minor child(ren), or
    ☐ Petitioner's actual address is omitted due to the risk of further abuse, or
    ☐ It is necessary to prevent abuse or wrongful removal or concealment of the minor child(ren).

## PART D.  MISCELLANEOUS REMEDIES

☑ **(R17)** Respondent is further ordered and enjoined as follows: ___Respondent is
enjoined from making any harassing
complaints against Petitioner.___

## PART E. RULINGS PURSUANT TO 750 ILCS 60/221 (a)(2) and (b)(2)

The relief requested in paragraph(s) _____ of the Petition is/are

    ☐ **Denied**

    ☐ **Reserved**

because the balance of hardships does not support the granting of the remedy, and the granting of the remedy will result in hardship to Respondent that would substantially outweigh the hardship to the Petitioner from the denial of the remedy, or because

_____

_____

_____

_____

**THIS EMERGENCY ORDER WAS ISSUED ON:**    Date: _2-22-16_

    Time: _1:00_ __ am/pm.

    JUDGE

I hereby certify that this is a true and correct copy of the original order on file with the court.

_Kim Evans_

Clerk of the Circuit Court of

_Ford_ County, Illinois

(Seal of the Clerk of Circuit Court)

Date: _2-22-16_

**NOTICE TO RESPONDENT:** You may petition the court, in accordance with Section 224 of the Act, to re-open the order if you did not receive actual prior notice of the hearing in accordance with Section 211 of the Act, alleging that you have a meritorious defense to the order or that the order, or any of its remedies, was not authorized by the act.

.cc: ☐ Petitioner ☒ Respondent(via Sheriff) ☐ Counsel of Record ☒ Sheriff ☐ Advocate ☐ Jail ☐ States Attorney

_Petitioner Mr. Michael Hari is provided a copy of EOP in Court._

Nov. 14. 2018  3:09PM    Ford County Circuit Clerk                    No. 8971   P. 25

Sheriff's Office, County of FORD
AFFIDAVIT OF SERVICE

CASE #   160P8          CASE SEQUENCE   15287
FILED DATE  2/22/16     RECEIVED DATE   2/22/16       DIE DATE    3/14/16

DEFENDANT/WITNESS    H██ J██████          FILED IN THE CIRCUIT COURT
PRIMARY ADDRESS:                          ALTERNATE/EMPLOYER ADDRESS: OF FORD COUNTY ILLINOIS
            ████████████

        PAXTON, IL 60957                                FEB 25 2016

        (217) 000-0000                    JUDGE FITTON
                                          PAXTON, IL 60957
PLAINTIFF  MICHAEL BENJAMIN HARI
*****************************************************************
PAPERS SERVED: EMERGENCY ORDER OF PROTECTION                CLERK

(A)   I CERTIFY THAT I SERVED THE ABOVE PAPERS ON THE DEFENDANT AS FOLLOWS:

 XX   1 PERSONAL SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        WITH THE NAMED DEFENDANT PERSONALLY.

_____ 2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ABOVE PAPERS
        AT THE ABOVE ABODE WITH SOME PERSON OF THE FAMILY, OF THE AGE OF 13
        YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS
        THEREOF.  ALSO, A COPY OF THE ABOVE PAPERS WAS MAILED TO THE
        DEFENDANT AT THE ABOVE ADDRESS.

_____ 3 SERVICE ON:  CORPORATION   COMPANY   BUSINESS   PARTNERSHIP
        BY LEAVING A COPY OF THE ABOVE PAPERS (OR INTERROGATORIES)
        WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE
        DEFENDANT.

(B)   MARK R. DORAN, SHERIFF                                   DEPUTY

      NAME OF DEFENDANT/WITNESS - HARI, JASON C
      SEX   M          RACE  W          DOB  5/11/73

      PERSON SERVED FOR DEFENDANT/WITNESS   _____
      RELATIONSHIP TO DEFENDANT/WITNESS     _____
      ADDRESS SERVED          ████████████████
      TOWNSHIP SERVED         Paxton
      THIS  22  DAY OF  Feb.  , 20 16    TIME 17:15  AM/PM

      ADDITIONAL REMARKS     _____
                             _____
                             _____

*****************************************************************
REASON NOT SERVED:    OFCR   ATTEMPTED SERVICES       SHERIFFS FEES:
    MOVED             INIT    DATE      TIME          SERVICE    _____
    WRONG ADDRESS     ___  __/__/__  ___:___ AM/PM
    RETURNED BY ATTY                                 MILEAGE    _____
    OTHER REASONS     ___  __/__/__  ___:___ AM/PM
                                                     RETURN     _____
                      ___  __/__/__  ___:___ AM/PM
                                                     ATTEMPT(S) _____
                      ___  __/__/__  ___:___ AM/PM
                                                     TOTAL      _____