UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 18-150 (DWF/HB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **RESPONSE OF THE UNITED** |
| Plaintiff, | ) | **STATES TO DEFENDANT'S** |
| | ) | **MOTION FOR EARLY** |
| vs. | ) | **DISCLOSURE OF JENCKS** |
| | ) | **ACT MATERIALS** |
| MICHAEL HARI, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Assistant United States Attorneys John Docherty and Julie E. Allyn, respectfully submits its Response to the Defendant's Motion for Early Disclosure of Jencks Act Materials (CM/ECF Docket No. 87).

The government objects to this motion. The plain language of the Jencks Act, 18 U.S.C. § 3500, provides that the government may not be compelled to disclose witness statements and reports prior to presentation of the witness's testimony at trial.

In this case, the government has already disclosed most of the Jencks Act material in its possession, and will voluntarily disclose all remaining Jencks Act material no later than two weeks before trial.

Dated: August 1, 2019
Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/ John Docherty*

BY:   JOHN DOCHERTY
Assistant United States Attorney
MN Attorney Reg. No. 017516X

JULIE E. ALLYN
Assistant United States Attorney
MN Attorney Reg. No. 256511