UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 18-150 (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **UNITED STATES'S NOTICE** |
| Plaintiff, | ) **OF INTENT TO CALL A** |
| | ) **WITNESS AND MOTION FOR** |
| vs. | ) **COURT TO ACCEPT** |
| | ) **UNTIMELY FILING** |
| MICHAEL HARI, | ) |
| | ) |
| Defendant. | ) |

The United States of America, through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Assistant United States Attorneys John Docherty and Julie E. Allyn respectfully submits its Notice of Intent to Call a Witness. The United States also moves the Court for leave to file this Notice out of time.

In its Response to the Defendant's Motion for Discovery and Inspection (the defendant's motions is CM/ECF Document Number 84, and the government's response is CM/ECF Document Number 102) the government stated that it would call only FBI Special Agent Joel Smith as a witness at the motions hearing on August 8, 2019. The government did not also file a separate Notice of Intent to Call A Witness.

Please take notice that at the motions hearing scheduled for 9:30 a.m. on Thursday, August 8, 2019, the government will call as a witness FBI Special Agent Joel Smith. Special Agent Smith will testify about his acceptance of three cellular telephones from Ms. Josie McWhorter. This testimony is relevant to the Response of the United States to Defendant's Motion to Suppress Search and Seizure Evidence (the defendant's motion is

1

CM/ECF Document Number 93, and the Government's Response is CM/ECF Document Number 110).

Dated: August 5, 2019

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

BY:   JOHN DOCHERTY
Assistant United States Attorney
MN Attorney Reg. No. 017516X

JULIE E. ALLYN
Assistant United States Attorney
MN Attorney Reg. No. 256511