UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, )
)
v. )
)
MICHAEL MCWHORTER, )
JOSEPH MORRIS, and )
MICHAEL HARI, )
)
Defendants. )

### CERTIFICATE OF THE ACTING ASSISTANT ATTORNEY GENERAL

I, John M. Gore, hereby certify that prosecution by the United States of Michael Hari, Michael McWhorter, and Joseph Morris for violating Title 18, United States Code, § 247(a)(1) and § 247(a)(2) is in the public interest and necessary to secure substantial justice. This certificate is made pursuant to Title 18, United States Code, § 247(e).

Date: June 18, 2018.

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice