UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 18-150 (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **UNITED STATES'S NOTICE** |
| Plaintiff, ) | **CONCERNING ORAL** |
| ) | **ARGUMENT ON DEFENDANT'S** |
| vs. ) | **MOTION TO DISMISS** |
| ) | |
| MICHAEL HARI, ) | |
| ) | |
| Defendant. ) | |

Earlier today the United States of America filed its Opposition to the Defendant's Motion to Dismiss (the defendant's motion to dismiss is CM/ECF Document Number 94, and the government's opposition is CM/ECF Document Number 115). This Opposition was written by Timothy Visser, who is a member of the prosecution team in this case, and a Trial Attorney in the Criminal Section of the Justice Department's Civil Rights Division. Mr. Visser would have been responsible for presenting oral argument on the government's response at the motions hearing on Thursday, August 8, 2019. However, on Saturday, August 3, 2019, there was a mass shooting in El Paso, Texas. The Justice Department's investigation of this crime includes a civil rights component, and Mr. Visser was directed to proceed immediately to El Paso. He arrived in El Paso on Sunday, August 4, is still there, and is expected to be in El Paso for a while.

In order that the government's position on this motion is well-represented, and in order that the Court receive the benefit of the best advocacy, Mr. Visser should be the government lawyer who is at the podium when the Court has questions, or wishes to hear

1

oral argument, on the motion to dismiss. The government therefore respectfully requests that the motions hearing cover everything except the motion to dismiss, and that any oral argument on the motion to dismiss be continued to the week of August 19, 2019. The government suggests Friday, August 23 (at any time) as a date for the continued portion of the motions hearing. In the alternative, the government suggests oral argument during the week of September 2, 2019.

Dated: August 7, 2019

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

BY: JOHN DOCHERTY
Assistant United States Attorney
MN Attorney Reg. No. 017516X

JULIE E. ALLYN
Assistant United States Attorney
MN Attorney Reg. No. 256511