# United States District Court
STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. MICHAEL HARI | Criminal No. 18-CR-150 (DWF/HB) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hildy Bowbeer | John Docherty, AUSA<br>Julie Allyn, AUSA | Reynaldo A. Aligada, Jr., Esq.<br>Shannon R. Elkins, Esq. |
| MOTION DATE(S)<br>August 8, 2019 | COURT REPORTER<br>Lori Simpson | COURTROOM DEPUTY<br>ALM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 8/8/19 | ✓ | ✓ | Search warrant application, search warrant, and receipt for property seized for 100 South Main Road, Clarence, Illinois |
| 2 | | | ✓ | ✓ | Search warrant application, search warrant, and receipt for property seized for 112 North 1900E Road, Paxton, Illinois |
| 3 | | | ✓ | ✓ | Search warrant application, search warrant, and receipt for property seized for 209 West 1st Street North, Clarence, Illinois |
| 4 | | | ✓ | ✓ | Search warrant application and search warrant for Unit #227 at U-Haul Moving and Storage, Champaign, Illinois |
| 5 | | | ✓ | ✓ | Search warrant application and search warrant for three cellular telephones |
| 6 | | | ✓ | ✓ | Aerial Map of West 1st Street, Clarence, Illinois |
| 7 | | | ✓ | ✓ | FBI Evidence Receipt for Three Cellular Telephones |
| 8 | | | ✓ | ✓ | Joe Morris email of March 4, 2018 |
| 9 | | | ✓ | ✓ | Joe Morris email of March 10, 2018 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |