# EXHIBIT 2



**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*  *Telephone: (612) 664-5600*
*300 South Fourth Street*  *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

December 27, 2019

<u>VIA USAfx</u>

Shannon Elkins, Esq.
James Becker, Esq.
Office of the Federal Defender
Suite 107, Diana E. Murphy U.S. Courthouse
300 South 4th Street
Minneapolis MN 55415

    Re:   <u>United States v. Michael Hari</u>
            Criminal No. 18-CR-150 (1) (DWF/HB)

Dear Ms. Elkins and Mr. Aligada:

    Pursuant to our ongoing discovery obligations, the government is making further disclosures today via USAfx. You will receive an invitation to the folder titled "20191227 Hari Disclosures" shortly. Attached is a log of the Bates numbers of documents you are receiving via USAfx.

    These disclosures generally contain various law enforcement reports with attachments, business records from Verizon, open source searches, jail correspondence, search warrants for the phone numbers 952-228-0006 and 952-607-1821, for Michael Hari's hair samples, and FBI Laboratory reports.

    Please keep in mind there is some physical evidence in this case, which is available for you to inspect at any mutually convenient time. Please contact us to discuss logistics and schedule an appointment to review the physical evidence, again at your convenience.

    We also have audio recordings from a number of jail calls. That audio is available for your review, or we can burn those audio files to a disc and provide the discs to you.

You may choose, if you wish, to listen to all the calls now, or to wait until the government designates some of these calls as potential trial exhibits, and then listen to the calls so designated.

Please do not hesitate to contact us if you have any questions.

Sincerely,

ERICA H. MacDONALD
United States Attorney

*s/ John Docherty*

BY:   JULIE E. ALLYN
JOHN DOCHERTY
Assistant U.S. Attorneys

## 12/27/2019 U.S. v. Hari Discovery Log

| | | |
|---|---|---|
| 00000493 to 00000494 | 00011719 to 00011723 | 00023230 to 00023231 |
| 00000543 to 00000543 | 00011850 to 00011852 | 00023234 to 00023238 |
| 00000717 to 00000718 | 00012084 to 00012084 | 00023248 to 00023249 |
| 00001493 to 00001493 | 00012102 to 00012102 | 00023251 to 00023252 |
| 00001524 to 00001524 | 00015191 to 00015199 | 00023296 to 00023338 |
| 00001631 to 00001633 | 00015201 to 00015215 | 00023341 to 00023341 |
| 00001782 to 00001793 | 00015218 to 00015227 | 00023354 to 00023356 |
| 00001835 to 00001836 | 00015240 to 00015243 | 00023396 to 00023412 |
| 00001838 to 00001838 | 00015291 to 00015297 | 00023421 to 00023528 |
| 00001841 to 00001842 | 00015487 to 00015490 | 00023531 to 00023534 |
| 00001844 to 00001846 | 00015505 to 00015508 | 00023539 to 00023559 |
| 00001951 to 00001952 | 00015612 to 00015612 | 00023562 to 00023562 |
| 00002095 to 00002097 | 00015668 to 00015669 | 00023564 to 00023564 |
| 00002333 to 00002336 | 00015743 to 00015744 | 00023569 to 00023569 |
| 00009792 to 00009805 | 00015746 to 00015747 | 00023571 to 00023572 |
| 00009831 to 00009832 | 00015856 to 00015859 | 00023578 to 00023578 |
| 00010202 to 00010248 | 00016107 to 00016109 | 00023581 to 00023587 |
| 00010438 to 00010438 | 00016178 to 00016202 | 00023589 to 00023589 |
| 00010440 to 00010448 | 00016381 to 00016385 | 00023616 to 00023881 |
| 00010548 to 00010556 | 00019564 to 00019570 | 00023885 to 00024158 |
| 00010604 to 00010607 | 00019656 to 00019656 | 00024162 to 00024217 |
| 00010673 to 00010680 | 00019659 to 00019667 | 00024220 to 00024233 |
| 00010684 to 00010684 | 00020363 to 00020363 | 00024253 to 00024264 |
| 00010718 to 00010722 | 00022611 to 00022618 | 00024266 to 00024272 |
| 00011256 to 00011261 | 00022626 to 00022640 | 00024288 to 00024313 |
| 00011275 to 00011278 | 00022670 to 00022738 | 00024321 to 00024321 |
| 00011283 to 00011305 | 00022756 to 00022757 | 00024337 to 00024355 |
| 00011321 to 00011321 | 00022764 to 00022764 | 00024385 to 00024418 |
| 00011566 to 00011566 | 00022776 to 00023021 | 00024426 to 00024431 |
| 00011570 to 00011571 | 00023035 to 00023036 | 00024450 to 00024466 |
| 00011573 to 00011579 | 00023041 to 00023147 | |
| 00011616 to 00011642 | 00023153 to 00023162 | |
| 00011669 to 00011681 | 00023179 to 00023180 | |
| 00011714 to 00011716 | 00023214 to 00023228 | |

# Shannon Elkins

| | |
|---|---|
| **From:** | S█████████ (USAMN) <L████.S███@usdoj.gov> |
| **Sent:** | Wednesday, January 15, 2020 4:50 PM |
| **To:** | Shannon Elkins; James Becker |
| **Cc:** | Allyn, Julie (USAMN); Docherty, John (USAMN) |
| **Subject:** | U.S. v. Hari, 18-cr-150 (DWF) |

Good afternoon counsel,

The government is making further disclosures this afternoon via USAfx. You will receive an invitation to the folder titled 2020-01-15_Hari_Michael shortly. The disclosures bear the Bates numbers listed below. They consist of law enforcement reports and inmate mail from Joe Morris. Additionally, we are disclosing natively the return for Joe Morris' Facebook account.

Please do call with any questions.

Bates Numbers disclosed:

00011972 to 00011984
00015586 to 00015595
00022739 to 00022746
00022749 to 00022749
00023039 to 00023040
00023163 to 00023168
00023181 to 00023182
00023193 to 00023195
00023213 to 00023213
00023229 to 00023229
00023232 to 00023233
00023239 to 00023239
00023339 to 00023340
00023357 to 00023357
00023413 to 00023413
00023529 to 00023529
00023561 to 00023561
00023566 to 00023568
00023570 to 00023570
00023573 to 00023577
00023590 to 00023601
00023610 to 00023615
00024160 to 00024161
00024241 to 00024243
00024265 to 00024265
00024281 to 00024283
00024287 to 00024287
00024362 to 00024362
00024364 to 00024364
00024383 to 00024384
00024472 to 00024559

00024562 to 00024646
00024654 to 00024766
00024772 to 00024794
00024797 to 00024802
00024804 to 00024805
00024807 to 00024808
00024810 to 00024812

L███ S███ | **Lead Paralegal Specialist**
United States Attorney's Office | District of Minnesota
600 U.S. Courthouse | 300 South 4th Street
Minneapolis MN 55415
612-664-5654 | ███s███@usdoj.gov

**Shannon Elkins**

| | |
|---|---|
| From: | M⬛.Z⬛@usdoj.gov on behalf of M⬛ Z⬛ <noreply@box.com> |
| Sent: | Friday, January 17, 2020 2:41 PM |
| To: | shannon_elkins.fd.org@esfs.us |
| Subject: | M⬛ Z⬛ has invited you to work together in "20200117 Hari Disclosure" folder on Box |



M⬛ Z⬛ wants to work with you on 20200117 Hari Disclosure

 20200117 Hari Disclosure

"I'd like to share my files with you on Box."

Go to Folder

Get our app to view this on mobile
© 2020 | 900 Jefferson Avenue, Redwood City, CA 94063, USA
About Box | Edit Notification Settings | Privacy Policy
This is an official notification from the USAfx File Exchange system

1



**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*  *Telephone: (612) 664-5600*
*300 South Fourth Street*        *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

January 23, 2020

Shannon Elkins
James Becker
Assistant Federal Defenders
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

<u>**VIA EMAIL**</u>

Re:   *United States v. Michael Hari*
      Criminal No. 18-150 (DWF/HB)

Dear Ms. Elkins and Mr. Becker:

As referenced in our Expert Disclosure letter sent to you today, January 23, 2020, please find several discs, or physical copies, of the lab notes of forensic examiners from the FBI laboratory in Quantico, Virginia. These discs also include the standard qualitative procedures for each laboratory unit associated with the examiner.

Please feel free to contact us with any questions or concerns.

Very truly yours,

ERICA H. MacDONALD
United States Attorney

*s/ Julie E. Allyn*

BY:  Julie E. Allyn
Assistant U.S. Attorney

John Docherty
Assistant U.S. Attorney

**Shannon Elkins**

| | |
|---|---|
| **From:** | S▆▆, L▆▆ (USAMN) <L▆▆.S▆▆@usdoj.gov> |
| **Sent:** | Tuesday, January 28, 2020 4:50 PM |
| **To:** | Shannon Elkins; James Becker |
| **Cc:** | Allyn, Julie (USAMN); J▆▆ F▆▆ Docherty, John (USAMN); Ethen, Allison (USAMN); R▆▆ K▆▆; J▆▆ F▆▆ |
| **Subject:** | U.S. v. Michael Hari 15-cr-150 (DWF) |

Good afternoon counsel,

Our expert disclosure letter of January 23, 2020 identified items from Dr. Jason Barrow, Jacqueline Slebrch, and Nicole Bagley which we were awaiting. We have received those items and they will be available to you via USAfx. You will receive an invitation to the folder titled "20200128 Expert Disclosure Slebrch Bagley Barrow" shortly.

**L▆▆ S▆▆ | Lead Paralegal Specialist**
United States Attorney's Office | District of Minnesota
600 U.S. Courthouse | 300 South 4th Street
Minneapolis MN 55415
612-664-5654 | l▆▆s▆▆@usdoj.gov

1

U.S. v. Michael Hari
18-cr-150 (DWF)
January 31, 2020 Discovery Index

| Reports of interview, some of 404(b) items, some victim statements | | | |
|---|---|---|---|
| 00010608 | 00015912 | 00026328 | 00026844 |
| 00011773 | 00019853 | 00026336 | 00026967 |
| 00011794 | 00019905 | 00026337 | 00026977 |
| 00011997 | 00019922 | 00026338 | 00026978 |
| 00015861 | 00026193 | 00026339 | 00026980 |
| 00015863 | 00026230 | 00026340 | 00026844 |
| 00015872 | 00026231 | 00026525 | |
| 00015873 | 00026256 | 00026541 | |
| 00015874 | 00026281 | 00026559 | |
| 00015882 | 00026291 | 00026563 | |
| 00015886 | 00026298 | 00026571 | |
| 00015889 | 00026324 | 00026613 | |
| 00015902 | 00026326 | 00026843 | |
| | | | |
| **Subpoena Returns** | | | |
| 00026543 | 00026921 | 00026961 | 00026967 |
| 00026544 | 00026922 | 00026962 | 00026968 |
| 00026545 | 00026936 | 00026963 | 00026969 |
| 00026548 | 00026937 | 00026964 | 00026970 |
| 00026549 | 00026938 | 00026965 | |
| 00026919 | 00026960 | 00026966 | |
| | | | |
| **Lab Reports** | | | |
| 00010249 | 00026575 | 00026609 | 00026840 |
| 00026305 | 00026576 | 00026829 | |
| 00026318 | 00026580 | 00026830 | |
| 00026553 | 00026605 | 00026833 | |
| 00026554 | 00026606 | 00026837 | |
| 00026555 | 00026608 | 00026839 | |
| | | | |
| **Jail Call Review** | | | |
| 00026178 | 00026487 | 00026487 | |
| 00026180 | 00026488 | 00026488 | |
| 00026182 | 00026824 | 00026824 | |
| 00026186 | 00026908 | | |
| 00026189 | 00026910 | | |
| | | | |
| Photos from Bloomington PD | | | |
| 00026425 | | | |