UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-150 (1) (DWF/HB) |
| | ) | |
| v.     Plaintiff, | ) | **STATEMENT OF FACTS IN** |
| | ) | **SUPPORT OF EXCLUSION OF TIME** |
| MICHAEL HARI, | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Michael Hari, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorneys and I need additional time to review the new discovery provided since December 27, 2019, identify further discovery that may be missing, contact and consult with forensic experts and to discuss and prepare for trial. For these reasons, I believe that I need more time than the Speedy Trial Act allows.

Based on the above facts, I request that a 70-day period be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorneys and I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: _7 Feb 20_                            _[signature]_
                                             Michael Hari
                                             Defendant

2/7/2020

*(signature)*

SHANNON ELKINS
Attorney ID No. 332161
Attorney for Mr. Hari
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

2.7.2020

*(signature)*

JAMES S. BECKER
Attorney ID No. 388222
Attorney for Mr. Hari
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415