UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-150(1) (DWF/HB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SEAL** |
| | ) | **DOCUMENT** |
| MICHAEL HARI, | ) | |
| | ) | |
| Defendant. | ) | |

Michael Hari, by and through undersigned counsel, hereby moves the Court for an Order sealing a specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: February 26, 2020         Respectfully submitted,

*s/ James Becker*

JAMES BECKER
Attorney ID No. 388222

*s/ Shannon Elkins*

SHANNON ELKINS
Attorney ID No. 332161

Attorneys for Mr. Hari
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415