UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-150(1) (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL HARI,<br><br>    Defendant. | **GOVERNMENT'S MOTION TO SEAL DOCUMENT AND ATTACHMENTS** |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Kimberly A. Svendsen, Assistant United States Attorney, hereby moves the Court for an Order sealing a specific document, including its attachments, in the above-referenced matter. The document at issue is a response to a motion by the defendant which the Court has previously ordered filed under seal.

This motion is based upon the records and proceedings in this matter.

Dated: March 18, 2020

Respectfully Submitted,

ERICA H. MACDONALD
United States Attorney

s/Kimberly A. Svendsen

BY: KIMBERLY A. SVENDSEN
Assistant United States Attorney