UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-150(1) (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL HARI, )<br>)<br>Defendant. ) | **ORDER SEALING DOCUMENT AND ATTACHMENTS** |

Based upon the Government's Motion to Seal Document and Attachments, filed on March 18, 2020.

**IT IS HEREBY ORDERED** that the Government's Motion to Seal Document and Attachments is granted.

Dated: _____
The Honorable Donovan W. Frank
United States District Judge