## Table 1: Timeline & Quantity of Proposed Other-Acts Evidence (OAE)

|  | **(Alleged) Actus Reus** | **(Alleged) Other Act Evidence #1 (OAE #1)** | **OAE #2** | **OAE #3** |
|---|---|---|---|---|
| *Date* | **August 5, 2017** | **November 7, 2017** | **December 4, 2017** | **December 16, 2017** |
| *Event* | **Bombing of Dar al-Farooq (MN)** | **Att. Bombing Women's Health (IL)** | **Robbery of Walmart (Watseka, IL)** | **Robbery of Private Residence (IN)** |
| *Claimed Details* | (1) Gunpowder pipe bomb + diesel-gasoline accelerant<br>(2) Motive → religious animus | (1) Thermite bomb<br>(2) Motive → abortion policy animus | (1) No weapon specified<br>(2) Motive → political affiliation animus + pecuniary gain | (1) No weapon specified<br>(2) Motive → immigration animus + illicit-drug animus + pecuniary |
| *Relevance* | Proof of Charged Offenses | Identity + Motive + Plan | Identity + Motive + Plan | Identity + Motive + Plan |
| *Source* | Principally the testimony of McWhorter & Morris | Testimony of McWhorter & Morris<br>Testimony of bomb expert<br>Photos & Documents | Testimony of McWhorter & Morris | Testimony of McWhorter & Morris |

|  | **OAE #4** | **OAE #5** | **OAE #6** | **OAE #7** |
|---|---|---|---|---|
| *Date* | **December 17, 2017** | **January 18, 2018** | **February 18, 2018** | **February 27, 2018 & prior** |
| *Event* | **Att. Robbery of Walmart (Mount Vernon, IL)** | **Att. Railway Extortion (IL)** | **Att. Frame-up of Neighbor (IL)** | **Movement & Possess. Firearms (IL)** |
| *Claimed Details* | (1) No weapon specified<br>(2) Motive → perceived political affiliation animus + pecuniary gain | (1) Thermite bomb<br>(2) Motive → pecuniary gain | (1) Bomb-making paraphernalia<br>(2) Motive → divert suspicion | (1) Allegedly possessed during Actus Reus and some OAs<br>(2) Some modified as "fully automatic" |
| *Relevance* | Identity + Motive + Plan | Identity + Motive + Plan | Context + Complete Story | Context + Complete Story |
| *Source* | Testimony of McWhorter & Morris | Testimony of McWhorter & Morris | Unknown, possibly police-witness | Unknown, possibly police-witness |

|  | **OAE #8** | **OAE #9** |  |  |
|---|---|---|---|---|
| *Date* | **Feb. 27 to Mar. 10, 2018** | **February 13, 2019** |  |  |
| *Event* | **Flight to Countryside (IL)** | **Att. Escape from Custody (OK)** |  |  |
| *Claimed Details* | Flight with cooperator-witnesses after learning of FBI inquiry | Attempted escape during transport, while in official custody. |  |  |
| *Relevance* | Context + Complete Story | Context + Complete Story |  |  |
| *Source* | Unknown, possibly police-witness | Unknown, possibly police-witness |  |  |