✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

## EXHIBIT LIST

UNITED STATES OF AMERICA,

                              Defendant

V.                                                    Case No.:  CR 18-150(1) DWF/HB

Michael Hari,

                              Plaintiff

| PRESIDING JUDGE Donovan W. Frank | | | | | PLAINTIFF'S ATTORNEY John Docherty, Julie Allyn, Allison Ethen | DEFENDANT'S ATTORNEY Shannon Elkins, James Becker |
|---|---|---|---|---|---|---|
| HEARING DATE (S) June 22, 2020 | | | | | COURT REPORTER Lynne Krenz | COURTROOM DEPUTY Lori Sampson |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 1 |  | 6/22/2020 |  | X | Map of Illinois | |
| 2 |  | 6/22/2020 |  | X | Clarence, Illinois (aerial view) | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |
|  |  |  |  |  |  | |