UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-CR-150(1) (DWF/HB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.                        **NOTICE OF APPEARANCE**

MICHAEL HARI,

      Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Timothy C. Rank

Dated: October 21, 2020                    Respectfully submitted,

                                              ERICA H. MacDONALD
                                              United States Attorney

                                              */s/ Timothy C. Rank*

                                              BY:  TIMOTHY C. RANK
                                              Assistant U.S. Attorney
                                              Attorney ID No. 245392