# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-150(1) (DWF/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Hari, | |
| Defendant. | |

This matter is before the Court on Defense Counsel's October 6, 2020 request at the Motion Hearing and Pretrial Conference, that the Defendant be allowed to wear civilian clothes at the status conference set for October 27, 2020 at 9:30 a.m., Courtroom 7C, Warren E. Burger Federal Building and U.S. Courthouse in St. Paul, Minnesota before the undersigned District Court Judge.

**IT IS HEREBY ORDERED** that Defendant Michael Hari's request to wear civilian clothes at the status conference on October 27, 2020 is **GRANTED**. The United States Marshal Service is directed to allow Defendant Hari to wear civilian clothes for the status conference on October 27, 2020 and Defense counsel is directed to make the appropriate arrangements with the United States Marshal Service to facilitate their request.

Dated: October 26, 2020                s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge