UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 18-150 (10 (DWF/HB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **ADDITIONAL** |
| | ) | **PROPOSED VOIR DIRE** |
| Plaintiff, | ) | **QUESTION OF THE** |
| | ) | **UNITED STATES** |
| vs. | ) | |
| | ) | |
| (01)   MICHAEL HARI, | ) | |
| | ) | |
| Defendant. | ) | |

On September 29, 2020 the government proposed questions for the Court to use in its examination of the venire of prospective jurors. (CM/ECF Docket No. 228). In addition to those questions, the government also requests that the Court ask the venire the following question:

40. Some of the evidence in this case may involve allegations of violence and attempted violence directed against abortion providers. Even if you disagree with abortion being legal, do you consider it acceptable to use violence against abortion providers?

Dated:                                                                                     Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/     John Docherty*

BY:   JOHN DOCHERTY
Assistant United States Attorney

ALLISON KIM ETHEN
TIMOTHY C. RANK
Assistant United States Attorneys