# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Michael Hari,

    Defendant.

**COURT MINUTES**
Case Number: CR 18-150(1) DWF/HB

| | |
|---|---|
| Date: | October 27, 2020 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 7C |
| Time Commenced: | 9:00AM/11:36 AM |
| Time Concluded: | 9:40AM/1:04 PM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 1 Hours & 38 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  Plaintiff: John Docherty, Allison Kim Ethen & Timothy C. Rank, Assistant U.S. Attorney
  Defendant:  Shannon Elkins & James Becker,   ☒ FPD

PROCEEDINGS:

- x **Pretrial Conference re: pretrial matters and trial protocol**
- x **Jury trial to commence November 2, 2020 at 8:30 am**
- x **Defendant is remanded to custody of USM**

                                                                            s/Lori Sampson
                                                           Signature of Courtroom Deputy