UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**REDACTED**

United States of America,

    Plaintiff,

Criminal No. 18-150(1) (DWF/HB)

**VERDICT**

Michael Hari,

    Defendant.

## COUNT 1

**Intentionally Defacing, Damaging, or Destroying Religious Real Property Because of the Religious Character of that Property**

As to Count 1 of the Indictment, we, the Jury, find the defendant, Michael Hari,

    _GUILTY_
    **GUILTY or NOT GUILTY**

## COUNT 2

**Intentionally Obstructing by Force or Threat of Force, or Attempting to Obstruct, buy Force or Threat of Force, the Free Exercise of Religious Beliefs**

As to Count 2 of the Indictment, we, the Jury, find the defendant, Michael Hari,

    _GUILTY_
    **GUILTY or NOT GUILTY**

SCANNED
DEC 0 9 2020
U.S. DISTRICT COURT ST. PAUL

## COUNT 3

**Conspiracy to Commit Federal Felonies by Means of Fire or Explosives**

As to Count 3 of the Indictment, we, the Jury, find the defendant, Michael Hari,

__GUILTY__
**GUILTY or NOT GUILTY**

## COUNT 4

**Carrying or Using a Destructive Device During or in Relation to a Crime of Violence**

As to Count 4 of the Indictment, we, the Jury, find the defendant, Michael Hari,

__GUILTY__
**GUILTY or NOT GUILTY**

## COUNT 5

**Possession of an Unregistered Destructive Device**

As to Count 5 of the Indictment, we, the Jury, find the defendant, Michael Hari,

__GUILTY__
**GUILTY or NOT GUILTY**

Dated: December 9, 2020

SIGNATURE REDACTED

Foreperson