# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA v. MICHAEL HARI | | | | | GOVERNMENT'S EXHIBIT LIST  Criminal No. 18-cr-150 (1) (DWF) | |
|---|---|---|---|---|---|---|
| **PRESIDING JUDGE** Donovan W. Frank | | | | | **PLAINTIFF'S ATTORNEY** John Docherty, AUSA Allison K. Ethen, AUSA Timothy C. Rank, AUSA | **DEFENDANT'S ATTORNEY** James S. Becker, Esq. Shannon R. Elkins, Esq. |
| **TRIAL DATE(S)** November 2 – December 9, 2020 | | | | | **COURT REPORTER** Lynne Krenz | **COURTROOM DEPUTY** Lori Sampson |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
|---|---|---|---|---|---|---|
| | | | | | **Video from Dar Al Farooq security cameras** | |
| 1 | | | | 11/09 | Footage from Dar al Farooq internal surveillance video | |
| 2 | | | | 11/09 | Footage from Dar al Farooq internal surveillance video -Camera 12, main door | |
| 3 | | | | 11/10 | Footage from Dar al Farooq internal surveillance video | |
| 4 | | | | 11/09 | Footage from Camera 12, main door | |
| 5 | | | | 11/09 | Photo of women praying outside of Dar Al-Farooq | |
| 6 | | | | 11/09 | Photo of men praying outside of Dar Al-Farooq | |
| | | | | | **Evidence collected at Dar Al-Farooq Mosque on August 5, 2017** | |
| 7 | | | | 11/09 | Aerial diagram of Dar Al-Farooq | |
| 8 | | | | 11/09 | Photo of front doors of Dar Al-Farooq | |
| 9 | | | | 11/09 | Photo of end cap and debris on floor in Imam's office | |
| 10 | | | | 11/09 | Photo of Dar Al-Farooq hallway with water | |
| 11 | | | | 11/09 | Photo of prayer room from hallway of Dar Al-Farooq | |
| 12 | | | | 11/09 | Photo of prayer room at Dar Al-Farooq | |
| 13 | | | | 11/09 | Photo from hallway outside the Imam's office at Dar Al-Farooq | |
| 14 | | | | 11/09 | Photo of doorway to Imam's office at Dar Al-Farooq | |
| 15 | | | | 11/09 | Overview of Imam's office showing window damage and debris | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 16 | | | | 11/09 | Photo of window damage and floor in the Imam's office at Dar Al-Farooq |
| 17 | | | | 11/09 | Photo of ceiling damage and debris in the Imam's office at Dar Al-Farooq after carpet section removed |
| 18 | | | | 11/09 | Photo of floor damage and debris inside the Imam's office at Dar Al-Farooq |
| 19 | | | | 11/09 | Close-up of floor damage inside the Imam's office at Dar Al-Farooq |
| 20 | | | | 11/09 | Close-up photo of floor damage from inside the Imam's office at Dar Al-Farooq |
| 21 | | | | 11/09 | Photo of debris and floor damage from inside the Imam's office at Dar Al-Farooq |
| 22 | | | | 11/09 | Close-up photo of floor damage and debris from inside the Imam's office at Dar Al-Farooq |
| 23 | | | | 11/09 | Close-up photo of debris and window damage in the Imam's office at Dar Al-Farooq. |
| 24 | | | | 11/09 | Photo of end cap from inside the Imam's office at Dar Al-Farooq (side view) |
| 25 | | | | 11/09 | Close-up photo of end cap from inside the Imam's office at Dar Al-Farooq (top view) |
| 26 | | | | 11/09 | Photo of ceiling damage inside Imam's office at Dar Al-Farooq |
| 27 | | | | 11/09 | Photo of ceiling damage inside Imam's office at Dar Al-Farooq |
| 28 | | | | 11/09 | Photo of ceiling damage and missing ceiling tile inside Imam's office at Dar Al-Farooq |
| 29 | | | | 11/09 | Photo taken from outside looking through damaged window into the Imam's office at Dar Al-Farooq |
| 30 | | | | 11/09 | Close-up photo of Imam's office window sill and debris at Dar Al-Farooq |
| 31 | | | | 11/09 | Photo taken from outside looking into Imam's office showing damage and debris |
| 32 | | | | 11/09 | Photo of damaged chair from Imam's office at Dar Al-Farooq |
| 33 | | | | 11/09 | Photo of damage to desk in Imam's office at Dar Al-Farooq |
| 34 | | | | 11/09 | Close-up Photo showing damage to desk in Imam's office at Dar Al-Farooq |
| 35 | | | | 11/09 | Photo showing shrapnel on desk in Imam's office at Dar Al-Farooq |
| 36 | | | | 11/09 | Photo showing burn marks on grass outside of Dar Al-Farooq |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 37 | | | | 11/09 | Photo showing size of burn marks on grass outside of Dar Al-Farooq |
| 38 | | | | 11/10 | Exterior photos from Dar Al Farooq |
| 39 | | | | | |
| 40 | | | | 11/10 | Scene sketches of Imam's office and exterior of Dar Al-Farooq |
| 41 | | | | 11/10 | Brown packing tape found in parking lot of Dar Al Farooq |
| 42 | | | | 11/10 | Silver duct tape found in parking lot of Dar Al Farooq |
| 43 | | | | 11/10 | 25 pieces of PVC shrapnel recovered from Imam's office at Dar Al-Farooq |
| 44 | | | | 11/10 | 33 pieces of PVC shrapnel recovered from Imam's office at Dar Al-Farooq |
| 45 | | | | 11/10 | 63 pieces of PVC shrapnel recovered from Imam's office at Dar Al-Farooq |
| 46 | | | | 11/10 | 65 pieces of PVC shrapnel including fragmented PVC end cap with priming hole recovered from Imam's office at Dar Al-Farooq |
| 47 | | | | 11/10 | PVC end cap with shard from broken PVC pipe recovered from Imam's office at Dar Al-Farooq |
| 48 | | | | 11/10 | Window blind with burnt end recovered from Imam's office at Dar Al-Farooq |
| 49 | | | | 11/10 | Melted plastic container cut from carpet recovered from Imam's office at Dar Al-Farooq |
| 50 | | | | 11/10 | 2 pieces of PVC shrapnel recovered from exterior of Dar Al-Farooq |
| 51 | | | | 11/10 | 2 pieces of PVC shrapnel recovered from exterior of Dar Al-Farooq |
| 52 | | | | 11/10 | Carpet sample recovered from Imam's office at Dar Al-Farooq |
| 53 | | | | 11/10 | Sample of carpet pad with liquid recovered from floor recovered from Imam's office at Dar Al-Farooq |
| | | | | | **John O'Neill property, 104 N. Main Road, Clarence, IL** |
| 54 | | | | 12/2 | February 19, 2018 Email from Randy Strode to Barbara Robbins forwarding tip regarding John O'Neill |
| 55 | | | | 11/30 | Photos of items recovered from John O'Neill property |
| | | | | | |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | |
| | | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  |  |  |  |  | **Search of Michael Hari's parents' residence, 112 North 1900 E Road, Paxton IL** |
| 56 |  |  |  | 11/10 | Map of Illinois and surrounding states |
| 57 |  |  |  | 11/10 | Illinois map with close up of Paxton, Clarence, and Rankin IL |
| 58 |  |  |  |  |  |
| 59 |  |  |  | 11/12 | Outside view of Michael Hari's parents' residence 112 North 1900 E Road, Paxton, IL |
| 60 |  |  |  | 11/12 | Photo of outside view of Hari's parents' residence with garage |
| 61 |  |  |  | 11/12 | Photo of Buick LeSabre parked outside of Hari's parents' residence |
| 62 |  |  |  | 11/12 | Photo of backpack in back seat of Buick LeSabre |
| 63 |  |  |  | 11/12 | Photo of White Rabbit T-shirt from inside Buick LeSabre |
| 64 |  |  |  | 11/12 | Close-up photo of backpack after removal from Buick |
| 65 |  |  |  | 11/12 | Photo of Sonim cellular telephone after removal from backpack |
| 66 |  |  |  | 11/12 | Photo of balaclava after removal from backpack |
| 67 |  |  |  | 11/12 | Photo of envelope with address and return address after removal from backpack |
| 68 |  |  |  | 11/12 | Photo of letter to Allene Hari following removal from envelope |
| 69 |  |  |  | 11/12 | Photo of second page of letter to Allene Hari following removal from envelope |
| 70 |  |  |  | 11/12 | Photo of note found on dashboard of Buick |
| 71 |  |  |  | 11/12 | Photo taken through door into garage |
| 72 |  |  |  | 11/12 | Photo of Anarchists Handbook in garage |
| 73 |  |  |  | 11/12 | Photo of interior of garage showing metal shavings on floor |
| 74 |  |  |  | 11/12 | Photo of bathroom showing Dell laptop computer in sink |
| 75 |  |  |  | 11/12 | Photo of Dell laptop computer in bathroom of Hari's parents' residence |
| 76 |  |  |  | 11/12 | Photo of Palmetto State Armory packing label |
| 77 |  |  |  | 11/12 | Photo of green fuse on floor of closet inside Michael Hari's room at Hari's parents' residence |
| 78 |  |  |  | 11/12 | Close-up photo of green fuse and flechettes |
| 79 |  |  |  | 11/12 | Photo of mail addressed to Michael Hari in Hari's parents' residence |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 80 | | | | 11/12 | Photo of mail addressed to Michael Hari in Hari's parents' residence |
| 81 | | | | 11/12 | Overview sketch of 112 North 1900 E Road, Paxton, IL |
| 82 | | | | 11/12 | Buick LeSabre Scene Sketch |
| 83 | | | | 11/12 | 112 N 1900 E Road Paxton, IL scene sketch |
| 84 | | | | 11/12 | Anarchist's Handbook found in Hari's parents' garage |
| 85 | | | | 11/12 | Pages from Anarchist's Handbook |
| 86 | | | | 11/12 | Black Dell laptop computer found in Hari's parents' residence |
| 87 | | | | 11/12 | Sonim cellular phone found in backpack inside Buick |
| 88 | | | | | |
| 89 | | | | | |
| 90 | | | | | |
| | | | | | **Search of Hari's office 100 South Main Road, Clarence IL** |
| 91 | | | | 11/10 | Map of Clarence, IL |
| 92 | | | | 11/10 | Photos of outside of Hari's office, 100 South Main Rd, Clarence, IL showing Equicert and CRSS, Inc. signs |
| 93 | | | | 11/10 | Photo of vault door inside office with sign reading "This vault is rented by Joseph Morris" |
| 94 | | | | 11/10 | Photo of outside of office showing Equicert and CRSS, Inc. signs |
| 95 | | | | 11/10 | Photos from office room A during search warrant |
| 96 | | | | 11/10 | Photo of shelving from office room A with grocery items |
| 97 | | | | 11/10 | Photo from office showing rooms D, F, G, with open vault door |
| 98 | | | | 11/10 | Photos of mattress, cooler, and kennel inside room F of office during search warrant |
| 99 | | | | 11/10 | Photo from inside of office vault with blue tubs containing tactical gear and equipment |
| 100 | | | | 11/10 | Close-up photo of blue tubs containing tactical gear |
| 101 | | | | 11/10 | Photo of black shelving containing tactical gear |
| 102 | | | | 11/10 | Photo of blue bins containing tactical gear |
| 103 | | | | 11/10 | Photo of Exhibit 133, olive drab clothing with Captain's insignia, Sergeant's insignia, and black gloves taken from vault, room G of office |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 104 | | | | 11/10 | Photos of Exhibit 135, tactical vest bearing "Ain't No Fun When The Rabbit Got The Gun" patch and "Don't Tread on Me" patch containing magazines taken from vault, room G of office |
| 105 | | | | 11/10 | Photo of roll top desk and sledge hammer from inside room D of office |
| 106 | | | | 11/10 | Photo of two .223 loaded magazines taken from the vault, room G of office |
| 107 | | | | 11/10 | Photo of Exhibit 136, invoice from FTF Industries Inc. to Michael Hari showing billing address as 100 S Main St Clarence, IL and Shipping address as 209 W 1st North Clarence, IL taken from the vault, room G of office |
| 108 | | | | 11/10 | Photo of Exhibit 137, black tactical vest bearing "Don't Tread On Me" patch and "Ain't No Fun When The Rabbit Got The Gun" patch containing bullet proof panels, from the vault, room G of office |
| 109 | | | | 11/10 | Photo of Exhibit 138, olive drab tactical vest bearing "Don't Tread On Me" patch, "Ain't No Fun When The Rabbit Got The Gun" patch, and "Infidel" patch from the vault, room G of office |
| 110 | | | | 11/10 | Photo of bull whip, handcuffs, handcuff key, knives, two Kevlar helmets, and a belt |
| 111 | | | | 11/10 | Photos of Exhibit 139, olive drab tactical belt with magazine pouch and magazines removed from pouch from the vault, room G of office |
| 112 | | | | 11/10 | Photo of bandolier containing approximately 47 live shotgun shells |
| 113 | | | | 11/10 | Photo of Exhibit 134, olive drab hat and clothing containing Corporal insignia, tan helmet with clear goggles taken from the vault, room G of office |
| 114 | | | | 11/10 | Photo of box containing several copies of book entitled "The White Rabbit Handbook" |
| 115 | | | | 11/10 | Photo of 5 AR-15 magazines from shelf inside vault, room G of office |
| 116 | | | | 11/10 | Photo of box containing .223 ammunition from inside vault, room G of office |
| 117 | | | | 11/10 | Photo of Exhibit 144, large black Faraday bag with "Mission Darkness" label from inside vault, room G of office |
| 118 | | | | 11/10 | Photo of Exhibit 145, small black Faraday bag with "Mission Darkness" label from room D of office |
| 119 | | | | 11/10 | Photo of Exhibit 146, black balaclava from room D of office |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 120 | | | | 11/10 | Close-up photo of roll top desk in room D of office, with tub list, Exhibit 143 |
| 121 | | | | 11/10 | Scene sketch of Office 100 South Main Road, Clarence, IL. |
| 122 | | | | 11/10 | Lease between Michael and Trevor Pool for 100 S Main, Clarence, IL property |
| 123 | | | | 11/10 | Photo of Exhibit 140, olive drab jacket, hat, White Rabbit patch, and helmet from the vault, room G of office |
| 124 | | | | 11/10 | Photo of Exhibit 141, radio transmission equipment; scanner and cell phone signal jammer from the vault, room G of office |
| 125 | | | | 11/10 | Photo of Exhibit 142, a bag of White Rabbit patches from vault, room G of office |
| 126 | | | | 11/10 | Photo of Exhibit 147, coil of magnesium strip from room D of office |
| 127 | | | | 11/10 | Photo of Exhibit 148, SD card containing security camera footage from camera located outside of office |
| 128 | | | | 11/10 | Photo of two PVC pipes located in room D of office |
| 129 | | | | 11/10 | Photo side view of Office building |
| 130 | | | | 11/10 | Photo of construction material and gas can in room B of office |
| 131 | | | | 11/10 | Photo of basement, room C of office |
| 132 | | | | 11/10 | Photo of closet, room E of office |
| 133 | | | | 11/10 | Plastic tub containing olive drab clothing with Captain's insignia, Sergeant's insignia, and black gloves depicted in Exhibit 103 taken from vault, room G of office |
| 134 | | | | 11/10 | Plastic tub containing olive drab hat and clothing containing Corporal insignia, tan helmet with clear goggles taken from the vault, room G of office, depicted in Exhibit 113 |
| 135 | | | | 11/10 | Olive drab tactical vest bearing "Ain't No Fun When The Rabbit Got The Gun" patch and "Don't Tread on Me" patch containing magazines taken from vault, room G of office, depicted in Exhibit 104 |
| 136 | | | | 11/10 | Invoice from FTF Industries Inc. to Michael Hari showing billing address as 100 S Main St Clarence, IL and Shipping address as 209 W 1st North Clarence, IL taken from the vault, room G of office, depicted in Exhibit 107 |
| 137 | | | | 11/10 | Back tactical vest bearing "Don't Tread On Me" patch and "Ain't No Fun When The Rabbit Got The Gun" patch containing bullet proof panels, from the vault, room G of office, depicted in Exhibit 108 |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 138 | | | | 11/10 | Olive drab tactical vest bearing "Don't Tread On Me" patch, "Ain't No Fun When The Rabbit Got The Gun" patch, and "Infidel" patch from the vault, room G of office, depicted in Exhibit 109 |
| 139 | | | | 11/10 | Olive drab tactical belt with magazine pouch and (magazines removed from pouch) from the vault, room G of office, depicted in Exhibit 111 |
| 140 | | | | 11/10 | Olive drab jacket, hat, White Rabbit patch, and helmet from the vault, room G of office, depicted in Exhibit 123 |
| 141 | | | | 11/10 | Radio transmission equipment; scanner and cell phone signal jammer from the vault, room G of office, depicted in Exhibit 124 |
| 142 | | | | 11/10 | Bag of White Rabbit patches from vault, room G of office, depicted in Exhibit 125 |
| 143 | | | | 11/10 | Tub Inventory list taken from roll top desk in room D of office, depicted in Exhibit 120 |
| 144 | | | | 11/10 | Large black Faraday Bag with "Mission Darkness" label from inside vault, room G of office, depicted in Exhibit 117 |
| 145 | | | | 11/10 | Small black Faraday bag with "Mission Darkness" label from room D of office, depicted in Exhibit 118 |
| 146 | | | | 11/10 | Black balaclava from room D of office, depicted in Exhibit 119 |
| 147 | | | | 11/10 | Coil of Magnesium strip from room D of office, depicted in Exhibit 126 |
| 148 | | | | 11/10 | SD cards containing security camera footage from camera located outside of office, depicted in Exhibit 127 |
| 149 | | | | 12/02 | PVC Pipe recovered from room D of Office, depicted in Exhibit 128 |
| 150 | | | | | |
| | | | | | **Search of Herbert McWhorter residence 211 West 1st Street South, Clarence, IL** |
| 151 | | | | 11/10 | Photo of camouflage bag |
| 152 | | | | 11/10 | Photo of camouflage bag with various weapons inside |
| 153 | | | | 11/10 | Photo of two shotguns recovered from the residence of Herbert McWhorter |
| 154 | | | | 11/10 | Photo of front of olive drab tactical vest with "Ain't No Fun When the Rabbit Got the Gun" patch and "Don't Tread on Me" patch recovered from the residence of Herbert McWhorter |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 155 | | | | 11/10 | Photo of front of olive drab tactical vest with "Ain't No Fun When the Rabbit Got the Gun" patch and "Don't Tread on Me" patch with magazines removed recovered from the residence of Herbert McWhorter |
| 156 | | | | 11/10 | Photo of back of olive drab tactical vest with "Pork Eating Crusader" patch recovered from the residence of Herbert McWhorter |
| 157 | | | | 11/10 | Photo of front of ballistic panel located in the olive drab tactical vest recovered from the residence of Herbert McWhorter |
| 158 | | | | 11/10 | Photo of back of ballistic panel located in the olive drab tactical vest recovered from the residence of Herbert McWhorter |
| 159 | | | | 11/10 | Photo of M16 style platform rifle (standard barrel length), no serial number, seized from Herbert McWhorter residence |
| 160 | | | | 11/10 | Photo of black shotgun seized from Herbert McWhorter residence |
| 161 | | | | 11/10 | Photo of .223 caliber AR style platform rifle (short barrel) no serial number recovered from Herbert McWhorter residence |
| 162 | | | | 11/10 | Photo of .223/5.56 AR style platform rifle (mini barrel) no serial number seized from Herbert McWhorter residence |
| 163 | | | | 11/10 | Photo of .223 / 5.56 caliber AR style platform rifle (medium barrel) no serial number seized from Herbert McWhorter residence |
| 164 | | | | 11/10 | Photo of Palmetto State Armory buttstock on .223 / 5.56 caliber AR style platform rifle (medium barrel) no serial number seized from Herbert McWhorter residence |
| 165 | | | | 11/10 | Photo of Sight Mark Z series from .223 / 5.56 caliber AR style platform rifle (medium barrel), no serial number seized from Herbert McWhorter residence |
| 166 | | | | 11/10 | Top view of Sight Mark Z series from .223 / 5.56 caliber AR style platform rifle (medium barrel), no serial number seized from Herbert McWhorter residence |
| 167 | | | | 11/10 | Photo of black shotgun seized from Herbert McWhorter residence |
| 168 | | | | 11/10 | Photo of bandolier seized from Herbert McWhorter residence |
| 169 | | | | 11/10 | Photo of olive drab tactical vest with "Pork Eating Crusader" patch recovered from Herbert McWhorter residence |
| 170 | | | | 11/10 | Photo of tactical vest with shotgun shell bandolier and "Don't Tread On Me" patch and "Ain't No Fun When The Rabbit Got The Gun" patch recovered from Herbert McWhorter residence |
| 171 | | | | | |
| 172 | | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 173 | | | | 11/10 | Black Baofeng Portable 2-way radio |
| 174 | | | | 11/10 | Bullet-proof body armor vest with flashlight |
| 175 | | | | 11/10 | M16 style platform rifle (standard barrel length), no serial number seized from Herbert McWhorter residence |
| 176 | | | | 11/10 | .223 caliber AR style platform rifle (short barrel), no serial number seized from Herbert McWhorter residence |
| 177 | | | | 11/10 | .223/5.56 AR style platform rifle (mini barrel) no serial number seized from Herbert McWhorter residence |
| 178 | | | | 11/10 | .223 / 5.56 caliber AR style platform rifle (medium barrel) no serial number seized from Herbert McWhorter residence |
| 179 | | | | | |
| 180 | | | | | |
| 181 | | | | 11/12 | White Rabbit Update YouTube video |
| | | | | | **Deer Creek Products, 6989 E Michigan Road, Waldron, Indiana** |
| 182 | | | | 11/12 | Photo of Deer Creek Products business |
| 183 | | | | 11/12 | Photo of Deer Creek ATF ledger |
| 184 | | | | 11/12 | Photo of GOEX black powder from Deer Creek Products |
| 185 | | | | 11/12 | Photos shown to James Christy by TFO Robbins in July 2018 |
| 186 | | | | | |
| | | | | | **Forensic Witness Exhibits** |
| 187 | | | | 11/13 | Call frequency analysis |
| 188 | | | | 11/13 | CAST analysis |
| 189 | | | | 11/30 | Photo of 63 pieces of shrapnel recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 190 | | | | 11/30 | Photo of two pieces of shrapnel coated in black colored substance recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 191 | | | | 11/30 | Photo of two pieces of shrapnel recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 192 | | | | 11/30 | Photo of 65 pieces of shrapnel recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 193 | | | | 11/30 | Photo of top view of end cap recovered from Dar Al-Farooq analyzed by FBI forensic scientists |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 194 | | | | 11/30 | Photo of side view of end cap recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 195 | | | | 11/30 | Photo of bottom view of end cap recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 196 | | | | 11/30 | Photo of carpet sample recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 197 | | | | 11/30 | Photo of melted plastic container recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 198 | | | | 11/30 | Photo of melted plastic container recovered from Dar Al-Farooq analyzed by FBI forensic scientists |
| 199 | | | | 12/01 | Report of Defusco |
| 200 | | | | 11/30 | Report of Mothershead |
| 201 | | | | | |
| 202 | | | | 12/01 | Summary chart regarding DNA evidence |
| 203 | | | | 11/30 | Summary chart for Defusco & Mothershead |
| 204 | | | | 12/01 | Lab photo of bandolier |
| 205 | | | | 12/01 | Lab photo of Item 2, .223 / 5.56 caliber AR style platform rifle (medium barrel) no serial number seized from Herbert McWhorter residence |
| 206 | | | | 12/01 | Lab photo of Item 3, .223 caliber AR style platform rifle (short barrel) no serial number seized from Herbert McWhorter residence |
| 207 | | | | 12/01 | Lab photo of Item 4, .223/5.56 AR style platform rifle (mini barrel) no serial number seized from Herbert McWhorter residence |
| 208 | | | | 12/01 | Lab photo of Item 5 M16 style platform rifle (standard barrel length) no serial number seized from Herbert McWhorter residence |
| 209 | | | | | |
| 210 | | | | | |
| 211 | | | | | |
| 212 | | | | | |
| 213 | | | | | |
| | | | | | **Women's Health Practice, 2125 S. Neil St., Champaign, IL** |
| 214 | | | | 12/01 | Photo of Women's Health Practice, Champaign, IL |
| 215 | | | | 12/01 | Photo of back window of Women's Health Practice, Champaign, IL. |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 216 | | | | 12/01 | Photo of broken window of Women's Health Practice, Champaign, IL |
| 217 | | | | 11/30 | Photo of pipe bomb inside of broken window at Women's Health Practice, Champaign, IL |
| 218 | | | | 11/30 | Close-up photo of bomb inside broken window at Women's Health Practice, Champaign, IL |
| 219 | | | | 12/01 | Close-up photo of damage to window of Women's Health Practice, Champaign IL |
| 220 | | | | 12/01 | Close-up photo of damage to window of Women's Health Practice, Champaign IL |
| 221 | | | | | |
| 222 | | | | 12/01 | Photo of device found inside window at Women's Health Practice, Champaign, IL |
| 223 | | | | 12/01 | Photo of end cap of device found inside window Women's Health Practice, Champaign, IL |
| 224 | | | | 12/01 | Photo of items collected from Women's Health Practice, Champaign, IL |
| 225 | | | | 12/01 | Photo of container of red powder collected from Women's Health Practice, Champaign, IL |
| 226 | | | | 12/01 | Photo of red powder collected from Women's Health Practice, Champaign, IL |
| 227 | | | | 12/01 | Photo of blue vials containing powder collected from Women's Health Practice, Champaign, IL |
| 228 | | | | 12/01 | PVC pipe with tape collected from Women's Health Practice, Champaign, IL |
| 229 | | | | 12/01 | Magnesium strip collected from Women's Health Practice, Champaign, IL |
| 230 | | | | | |
| 231 | | | | 11/12 | Photo of Hari, Morris and McWhorter in tactical gear with AR-15s and sledge hammer (recovered from Dell laptop) |
| 232 | | | | 11/12 | Photo of Linksys router used by Michael McWhorter |
| 233 | | | | 11/12 | Photo of MAC Address on Linksys router used by Michael McWhorter |
| 234 | | | | | |
| 235 | | | | | |
| 236 | | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 237 | | | | | |
| 238 | | | | | |
| 239 | | | | | |
| 240 | | | | | |
| 241 | | | | 12/02 | Trail Camera photos from outside the Office 11/06/2017 |
| 242 | | | | | |
| 243 | | | | | |
| 244 | | | | 12/02 | National Firearms Registration and Transfer Record Certification |
| | | | | | **Business Records** |
| 245 | | | | 12/02 | Green Dot Bank Records |
| 246 | | | | 12/02 | Amazon business records |
| 247 | | | | 12/02 | Military Uniform Supply Incorporated business records |
| 248 | | | | 12/02 | Tactical Gear business records |
| 249 | | | | 12/02 | 80 Percent Arms Inc., business records |
| 250 | | | | 12/02 | Patches on Sale business records |
| 251 | | | | 12/02 | Enterprise Rent-A-Car business records for rental of Nissan Frontier and Dodge 2500 |
| 252 | | | | 12/08 | Green Dot records Transaction Times & Locations for card ending in 3631 |
| 253 | | | | | |
| 254 | | | | | |
| 255 | | | | | |
| 256 | | | | | |
| 257 | | | | 12/02 | Palmetto State Armory business records |
| 258 | | | | 12/02 | Applied Ballistics business records |
| 259 | | | | 12/02 | Underground Printing business records |
| 260 | | | | 12/02 | FTF Industries business records |
| 261 | | | | 12/02 | eBay business records |
| 262 | | | | | |
| 263 | | | | 12/02 | Walmart Green Dot records business records |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 264 | | | | 12/02 | Earlyearlytobeck@yahoo.com records |
| 265 | | | | 11/30 | Enterprise Rent-A-Car records for Nissan Frontier |
| 266 | | | | | |
| 267 | | | | 12/02 | First National Bank of Paxton for CRSS |
| 268 | | | | 12/02 | First National Bank of Paxton for Happy Valley Agriculture |
| 269 | | | | 12/02 | Summary chart of selected transactions by Michael Hari from business records |
| 270 | | | | | |
| 271 | | | | | |
| 272 | | | | | |
| 273 | | | | | |
| | | | | | **Attribution documents for black Dell laptop computer seized from 112 North 1900 E Road, Paxton IL** |
| 274 | | | | 12/01 | Screenshot of various user folders |
| 275 | | | | 12/01 | 2014 Equicert Audit Manual |
| 276 | | | | 12/01 | aTFdetermination.docx |
| 277 | | | | 12/01 | CRSSWork/CRSSLetter.docx |
| 278 | | | | 12/01 | District6.pdf |
| 279 | | | | 12/01 | eberly.docx |
| 280 | | | | 12/01 | LancasterFarmFreshNarrative.docx |
| 281 | | | | 12/01 | LEMIZK.htm |
| 282 | | | | 12/01 | LFFVInvoiceFINAL.pdf |
| 283 | | | | 12/01 | Michael hari.docx |
| 284 | | | | 12/01 | PurchaseAgreement.docx |
| 285 | | | | 12/01 | Scanned Affidavit signed by Michael Hari, with attached documents, including Michael Hari passport (scan0059.pdf) |
| 286 | | | | 12/01 | FTF Industries invoice dated November 11, 2017 for M-16 trigger replacement parts kit (20008906000000031013.dat) |
| 287 | | | | 12/01 | November 11, 2017 email from FTF Industries to Michael Hari - Transaction Receipt (20008907000000031013.dat) |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 288 | | | | 12/01 | November 11, 2017 email from 80 Percent Arms to Michael Hari – order confirmation for lower receiver (20008908000000031013.dat) |
| 289 | | | | 12/01 | November 27, 2017 email from Enterprise Rent-a-Car to Michael Hari (30009e03000000031013.dat) |
| 290 | | | | 12/01 | February 1, 2018 email from Michael Hari to techpapers@crane.com regarding printing White Rabbit money (30012c07000000031013.dat) |
| 291 | | | | 12/01 | November 14, 2017 email from 80 Percent Arms to Michael Hari – shipping confirmation for lower receiver (4000890d000000031013.dat) |
| 292 | | | | 12/01 | November 13, 2017 email from FTF Industries to Michael Hari – shipping notification (50008906000000031013.dat) |
| 293 | | | | 12/01 | January 15, 2018 email from Michael Hari in response to Craigslist ad regarding CRSS ("We have carpenters, locksmiths, cleaners, painters, and everyone has their own car. It's a proven team with a great history.") (80010400000000031013.dat) |
| 294 | | | | 12/01 | Screenshot of Favorites folder |
| 295 | | | | 12/01 | michaelhari_logo_22.jpg |
| 296 | | | | 12/01 | rabbit.jpg |
| 297 | | | | 12/01 | Stored usernames and passwords |
| 298 | | | | 12/01 | Registry Software Information |
| 299 | | | | 12/01 | User profile information from black Dell laptop seized from 112 North 1900 E Road, Paxton IL |
| 300 | | | | 12/01 | Timeline of evidence located on black Dell laptop computer seized from 112 North 1900 E Road, Paxton IL |
| 301 | | | | 12/01 | talk.docx |
| 302 | | | | 12/01 | Internet artifacts |
| 303 | | | | 12/01 | Speech.docx |
| 304 | | | | 12/01 | Bulletproofme email |
| 305 | | | | 12/01 | Map collection |
| 306 | | | | 12/01 | Al-Farooq YouTube |
| 307 | | | | 12/01 | Signal Jammer email |
| 308 | | | | 12/01 | Photo1.png |
| 309 | | | | 12/01 | Patches-On-Sale email |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 310 | | | | 12/01 | WhiteRabbit.doc |
| 311 | | | | 12/01 | smallphotouniformcrss.jpg |
| 312 | | | | 12/01 | FTF email |
| 313 | | | | 12/01 | tulsapolicetipinfo.docx |
| 314 | | | | 12/01 | photo1 (2).png |
| 315 | | | | 12/01 | Tactical Gear email 10/04/2017 |
| 316 | | | | | |
| | | | | | **Additional Documents from the black Dell laptop seized from 112 North 1900 E Road, Paxton IL** |
| 317 | | | | 12/01 | DETENTIONRODER.docx |
| 318 | | | | | |
| 319 | | | | 11/30 | Ponytailsurveillance.docx |
| 320 | | | | 11/30 | Screenshot of Spytec GPS Tracking (tracking.docx) |
| 321 | | | | | |
| 322 | | | | | |
| 323 | | | | | |
| 324 | | | | | |
| | | | | | **Sonim cell phone exhibits taken from Buick LeSabre at 112 North 1900 E Road, Paxton IL** |
| 325 | | | | 12/01 | Cell phone picture IMG10159 plus test image from test device |
| 326 | | | | 12/01 | Photo1.png and IMG10159 comparison CART enhanced |
| 327 | | | | 11/12 | Handwritten note recovered from the dashboard of the Buick LeSabre at 112 North 1900 E. Road, Paxton, IL |
| 328 | | | | | |
| 329 | | | | | |
| 330 | | | | | |
| 331 | | | | 12/08 | Second CAST Analysis for July 15 and 16, 2017 |
| 332 | | | | | |
| 333 | | | | | |
| 334 | | | | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 335 | | | | | |
| 336 | | | | | |
| 337 | | | | | 12/01 | Photos of 1671 Vandalia Street, St. Paul MN |
| 338 | | | | 12/01 | Google Map image of Planned Parenthood, 671 Vandalia St., St. Paul MN |
| 339 | | | | | |
| 340 | | | | 12/08 | 2017 and 2018 Calendars |
| 341 | | | | | |
| 342 | | | | | |