# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA<br>V.<br>MICHAEL HARI | | | | | **DEFENSE'S FINAL EXHIBIT LIST**<br><br>Case Number:  18-CR-150(1) (DWF/HB) |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>Honorable Donovan W. Frank | | | | | PLAINTIFF'S ATTORNEY<br>John Docherty, Allison Ethen, Timothy Rank | DEFENDANT'S ATTORNEY<br>Shannon Elkins, James Becker |
| TRIAL DATE (S)<br>November 2 – December 9, 2020 | | | | | COURT REPORTER<br>Lynne Krenz | COURTROOM DEPUTY<br>Lori Sampson |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1 | | | 11/9/20 | Photo of mosque members and ATF Agents | |
| | 2 | | | 11/9/20 | Photo of mosque members and ATF Agents | |
| | 3 | | | 11/9/20 | Photo of mosque members and ATF Agents | |
| | 4 | | | 11/9/20 | Photo of fire truck and broken window | |
| | 5 | | | 11/9/20 | 7 photos of latent prints from window at Dar Al-Farooq | |
| | 6 | | | 12/3/20 | Photo of tape recovered at Dar Al-Farooq | |
| | 7 | | | 12/3/20 | Photo of tape recovered at Dar Al-Farooq | |
| | 8 | | | 12/3/20 | Lab Report of Ashley Baloga, Forensic Examiner | |
| | 9 | | | 12/3/20 | Lab photo of hair from tape recovered at Dar Al-Farooq analyzed by FBI Forensic scientist | |
| | 10 | | | 12/3/20 | Lab Report of Sherri Fentress, Forensic Examiner | |
| | 11 | | | 12/3/20 | Lab Report of Jacqueline Slebrch, Forensic Examiner | |
| | 12 | | | | | |
| | 13 | | | | | |
| | 14 | | | 12/7/20 | Hari Individual Sample Audit | |
| | 15 | | | 12/7/20 | Map of Equicert Audit Locations | |
| | 16 | | | 12/8/20 | CRSS Webpages | |
| | 17 | | | | | |
| | 18 | | | | | |
| | 19 | | | 12/7/20 | Chesimard FBI Poster | |
| | 20 | | | | | |
| | 21 | | | 11/30/20 | Enterprise – Michael Hari Records | |
| | 22 | | | 12/7/20 | Joe Morris Mugshot | |

| | | | | | |
|---|---|---|---|---|---|
| | 23 | | | 12/7/20 | Michael McWhorter Mugshot |
| | 24 | | | 12/7/20 | Equicert News volumes 1-4 |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | 11/11/20 | Morris Request for Guns |
| | 28 | | | 11/11/20 | Morris Request for Cell Phone |
| | 29 | | | 11/12/20 | Photo of Inside of Deer Creek Products |
| | 30 | | | 11/12/20 | Photo of James Christy |
| | 31 | | | 11/12/20 | Christy Texts to Sgt. Robbins |
| | 32 | | | 11/12/20 | Goex Black Powder Bottle (Physical Exhibit) |
| | 33 | | | 11/30/20 | FBI Chemist Robert Mothershead, Explosive Analysis Results |
| | 34 | | | 11/30/20 | FBI Chemist Robert Mothershead, Scraping Residue Analysis of Item 7 |
| | 35 | | | | |
| | 36 | | | 11/30/20 | Defense Summary Chart of DAF items tested by FBI Chemist Robert Mothershead |
| | 37 | | | 12/8/20 | CRSS Proposal to Cull Wildlife – Albany, CA |
| | 38 | | | 12/8/20 | CRSS Proposal to Cull Wildlife – Mt. Tamalpais, CA |
| | 39 | | | 12/8/20 | CRSS Proposal to ExxonMobil – Venezuela |
| | 40 | | | | |
| | 41 | | | 12/2/20 | CRSS Cuba Plan |
| | 42 | | | | |
| | 43 | | | 12/7/20 | CRSS Class Proposal and Training Flyer |
| | 44 | | | 12/7/20 | Rantoul National Aviation Center Photos |
| | 45 | | | 12/7/20 | Rantoul National Aviation Center Maps |
| | 46 | | | 12/8/20 | CRSS Correspondence with the Office of Foreign Assets Control, U.S. Department of Treasury |
| | 47 | | | 12/8/20 | Published White Rabbit Handbook (Physical Exhibit) |
| | 48 | | | 12/7/20 | Photo of 340 Summer St., Paxton, IL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size