UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-150(1) (DWF/HB) |
| | ) | |
| Plaintiff, | ) | **MOTION TO SEAL DOCUMENT** |
| v. | ) | |
| | ) | |
| MICHAEL HARI | ) | |
| (n/k/a Emily Claire Hari), | ) | |
| | ) | |
| Defendant. | | |

The defendant, by and through undersigned counsel, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: August 6, 2021            Respectfully submitted,

*s/ Shannon Elkins*

SHANNON ELKINS
Attorney ID No. 332161
Attorney for Ms. Hari
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415