UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-150(1) (DWF/HB) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO SEAL** |
| Michael Hari, | |
| Defendant. | |

This matter is before the Court upon the Defendant's Motion to Seal Document. (Doc. No. 458).   The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that the Motion to Seal Document (Doc. No. [458]) is **GRANTED**.   The document shall remain sealed until a date yet to be determined.

Dated:   August 9, 2021

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge