DISTRICT OF MINNESOTA
District Court File No. 18-CR-150 (1) (DWF/HB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1)   MICHAEL HARI, )<br>)<br>Defendant. ) | **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE OF SENTENCING HEARING** |

The United States of America, through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Assistant United States Attorneys Allison K. Ethen and Timothy C. Rank, submits the government's response to the Defendant's Motion to Continue Sentencing or for a Recommendation to Attend Medical Appointments.  (Dkt. 475).

The United States strongly objects to any continuance of the sentencing hearing. The victims of the Defendant's crimes have waited for four years to see justice in this case. They should not have to wait any longer.  It is imperative that sentencing move forward as scheduled to allow the victims to achieve closure and the community at large to begin to heal and move past the Defendant's terroristic acts.  In the immediate aftermath of this bombing, the victims waited with fear and uncertainty, not knowing if a suspect would even be identified or if a defendant would be charged.  For six long months, the Defendant actively evaded arrest and fled from the FBI.  When the Defendant was finally indicted and brought to Minnesota, the victims grappled with new worries; would the Defendant

ultimately be convicted of the heinous crimes perpetrated against their mosque?  Six trial dates came and went with no resolution. (Dkts. 55, 70, 138, 175,197, 208).  Each date was met with hopeful optimism as victims believed they were one step closer to putting these events in the past and each continuance was met with frustration and heartbreak as they realized that the case was being continued.

The jury found the Defendant guilty on December 9, 2020, in part based on the courageous testimony from some members of Dar al-Farooq.  The victims have waited an additional nine months post-verdict for sentencing.  In anticipation of the upcoming sentencing date, the entire Dar al-Farooq community – including individuals, families, children, teachers, staff, neighbors, and clergy – have been preparing for sentencing.  A large number of victims will speak at the sentencing hearing, a much larger number will attend the hearing, and even more will anxiously await the result.  The community has waited for, prepared for, and relied on, this sentencing date for many months.  It is the culmination of four years marked by anxiety and delay.  The government therefore respectfully requests that the Court deny the Defendant's Motion for Continuance and proceed to sentencing as scheduled.

To the extent the Defendant can be held in jail following sentencing to attend medical appointments, the government has no objection to the request.

Dated:     September 8, 2021         Respectfully Submitted,

W. ANDERS FOLK
Acting United States Attorney

*s/ Allison K. Ethen*

BY: ALLISON K. ETHEN
TIMOTHY C. RANK
Assistant United States Attorneys