# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: CR 18-150(1) DWF/HB |
| v. | |
| Michael Hari, | |
| Defendant. | |

| | |
|---|---|
| Date: | September 9, 2021 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | via Video |
| Time Commenced: | 12:38 PM |
| Time Concluded: | 1:22 PM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 44 Minutes |

Status Conference before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

## APPEARANCES:

Plaintiff: Allison Ethen & Timothy Rank, Assistant U.S. Attorney
Defendant: Shannon Elkins & James Becker,  ☒ FPD

## PROCEEDINGS:

x  Status Conference re: sentencing hearing protocol & Motion for Continuance of Sentencing or for a Recommendation to Attend Medical Appointments by Michael Hari. (Elkins, Shannon) (Doc. [475])

## IT IS ORDERED:

x  Sentencing will proceed as scheduled on September 13, 2021 at 9:00 am.
x  Order forthcoming.

                                              s/Lori Sampson
                                    Signature of Courtroom Deputy