UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-150(1) (DWF/HB) |
| Plaintiff, | |
| v. | ORDER |
| Michael Hari, (n/k/a Emily Claire Hari), | |
| Defendant. | |

This matter is before the Court on Defendant's motion to continue sentencing or for a recommendation to attend medical appointments. (Doc. No. 475.) The Government opposes Defendant's motion to continue the sentencing but does not object to the Defendant attending medical appointments. (Doc. No. 476.)

Based upon the presentation of the parties and the Court having carefully reviewed the history of the file and the current status of the Defendant both here and in the District of Illinois, and the Court being otherwise duly advised in the premises, hereby enters the following:

**ORDER**

1. The Court respectfully **DENIES** Defendant's motion to continue the sentencing hearing (Doc. No. [475]).

2. However, the Court respectfully directs that the Defendant attend the medical appointments prior to being transferred to the State of Illinois for the pending case in Illinois.

Dated: September 9, 2021            s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge