# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: CR 18-150(1) DWF/HB |
| | Date: September 13, 2021 |
| Michael Hari, | Court Reporter: Lynne Krenz |
| n/k/a Emily Claire Hari | Courthouse: St. Paul |
| Defendant. | Courtroom: 7C |
| | Time Commenced: 9:13 AM/2:05 PM |
| | Time Concluded: 1:00 PM/4:49 PM |
| | Time in Court: 6 Hour & 31 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Allison Kim Ethen & Timothy C Rank, Assistant United States Attorney
   For Defendant:   Shannon R. Elkins & James S. Becker, x FPD

As indicated in open Court, the defendant has completed a legal name change and is now known as Emily Claire Hari; however, the case caption shall remain as Michael Hari with the addition of n/k/a Emily Claire Hari.   x Clerk of Court is directed to update the Court docket accordingly.

   **x Sentencing.**
   Witnesses:   Officer Margaret Maples, Joel Smith, FBI
   Victim Impact Statements given in open court.
   Interpreter/ Osman Abdulle - for victim impact statement

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | | X | 168 months | | 3 years | | |
| 2 | | X | 168 months | | 3 years | | |
| 3 | | X | 168 months | | 3 years | | |
| 4 | | X | 468 months | | 5 years | | |
| 5 | | X | 120 months | | 3 years | | |

**Counts 1-3 & 5 are concurrent to each other and count 4 is consecutive to counts 1-3 & 5 for a total term custody of the BOP 636 months.   Supervised release terms are concurrent for a total term of 5 years.**
   x Special conditions of :   See J&C for special conditions
    x Defendant sentenced to pay:
      x Restitution in the amount of to be determined, Restitution hearing set for 10/4/2021 at 9:00 am.
      x Special assessment in the amount of $500.00.
    x   Defendant remanded to the custody of the U.S. Marshal.

                                          s/L. Sampson
                                          Courtroom Deputy