# UNITED STATES DISTRICT COURT
## District of Minnesota
### NOTICE OF APPEAL

USCA 8 NO _____

United States of America

Plaintiff

vs

Michael Hari n/k/a Emily Claire Hari

Defendant

18-CR-150(1) (DWF/HB)
District Court Docket Number

Donovan W. Frank
District Court Judge

Notice is given that **Emily Claire Hari** appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment [ ] Order (Specify) entered in this action on **November 9, 2021**

_Signature of Defendant's Counsel_

Shannon Elkins
Typed name of Defendant's Counsel

300 South Fourth Street, Suite 107
Street Address/Room Number

(612) 664-5858
Telephone Number

Minneapolis    MN    55415
City           State  Zip

November 16, 2021
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✓] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify)

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment  X  Funds, _____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

11/16/2021
Attorney's Signature                               Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: September 13, 2021   ☑ Jury   ☐ Non-Jury
   Offenses: AIDING AND ABETTING INTENTIONALLY DEFACING RELIGIOUS REAL PROPERTY (X2); CONSPIRACY TO COMMIT FEDERAL FELONIES BY MEANS OF FIRE AND EXPLOSIVES; AIDING AND ABETTING DESTRUCTIVE DEVICE RE CRIMES OF VIOLENCE; AIDING AND ABETTING POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICE

   Trial Testimony - Number of days: 10   Bail Status: ___

3. Sentence and Date Imposed: 636 MONTHS' IMPRISONMENT
   September 13, 2021

4. Appealing: Sentence ☐   Conviction ☐   Both ☑
   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: February 11, 2021
   Stenographer in Charge (Name, Address, Phone): Lynne Krenz, 316 Robert Street North Suite 146 St. Paul MN, 651-848-1226

6. Trial Counsel Was: ☑ Appointed (no fee required)   ☐ Retained (filing fee $505 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal? ☑ Yes   ☐ No
   Affidavit of Financial Status filed: N/A
   Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes   ☑ No

7. Assistant US Attorney Name and Phone Number: Allison Ethen & Timothy Rank, 612-664-5600

### Court Reporter Acknowledgment

Date Order Received: ___   Estimated Completion Date: ___   Est. Number of Pages: ___

Court Reporter Signature: ___   Date: ___

Noticeofappeal (11/05)