# UNITED STATES DISTRICT COURT
### District of Minnesota

**REVISED INFORMATION SHEET-Criminal Cases Only**

---

1. United State of America v. Emily Claire Hari f/k/a Michael Hari   CR 18-150 DWF/HB

2. Defendant and Address:   Reg. No. 22401-026
   Sherburne County Jail
   13880 Business Center Drive NW
   Elk River, MN 55330

3. Date of Verdict: 12/9/20 Length of trial: 10 days. ☒ By Jury

   Appealing: ☒ Sentence  ☒ Conviction  ☒ Both

4. Sentence:  Custody of BOP for 636 months, 5 yrs supervised release, special assmt of $500.00

5. Date sentence imposed: 9/13/2021

6. Defendant incarcerated? ☒ Yes

7. Financial Status:  Fee paid?     ☒ N/A Counsel appointed

8. Notice of Appeal was filed on 11/16/2021

9. Court Reporter: Tim Willette – 651-848-1224
   Lynne Krenz – 651-848-1226
   Lori Simpson – 651-848-1225

10. Trial Counsel:  James Becker and Shannon Elkins
    Office of the Federal Defender
    300 South Fourth St.
    Suite 107 U.S. Courthouse
    Minneapolis, MN 55415
    612-664-5858

11. Trial Counsel was:   ☒ Appointed  ☐ Retained  ☐ N/A Pro Se

Is there any reason why trial counsel should not be appointed on appeal?     ☒ No

12. Assistant U.S. Attorneys: Allison Ethen and Timothy Rank - 612-664-5600

13. List of other defendants in this case & disposition: Michael McWhorter and Joe Morris – awaiting sentencing

14. ☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: mmp