# UNITED STATES DISTRICT COURT
## District of Minnesota
NOTICE OF APPEAL

USCA 8 NO  21-3661

United States of America

Plaintiff

vs

Emily Claire Hari f/k/a Michael Hari

Defendant

18-CR-150(1) (DWF/HB)
District Court Docket Number

Donovan W. Frank
District Court Judge

Notice is given that **Emily Claire Hari** appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment & Commitment ☐ Order (Specify) entered in this action on November 9 & December 1, 2021

_____  
Signature of Defendant's Counsel

300 South Fourth Street, Suite 107  
Street Address/Room Number

Minneapolis   MN   55415  
City   State   Zip

Shannon Elkins  
Typed name of Defendant's Counsel

( (612) )664-5858  
Telephone Number

December 9, 2021  
Date

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please Prepare a transcript of:
- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

☑ I am not ordering a transcript because
- ☑ Previously filed
- ☐ Other (Specify)

### CERTIFICATE OF COMPLIANCE
Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment  X   Funds, _____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

_____  
Attorney's Signature

12/09/2021  
Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: September 13, 2021   [✓] Jury   [ ] Non-Jury
   Offenses: AIDING AND ABETTING INTENTIONALLY DEFACING RELIGIOUS REAL PROPERTY (X2); CONSPIRACY TO COMMIT FEDERAL FELONIES BY MEANS OF FIRE AND EXPLOSIVES; AIDING AND ABETTING DESTRUCTIVE DEVICE RE CRIMES OF VIOLENCE; AIDING AND ABETTING POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICE

   Trial Testimony - Number of days  10    Bail Status: ____

3. Sentence and Date Imposed:  636 MONTHS' IMPRISONMENT
   September 13, 2021

4. Appealing:  Sentence [ ]   Conviction [ ]   Both [✓]
   Challenging:
   [ ] Application of Sentencing Guidelines
   [ ] Constitutionality of Guidelines
   [✓] Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: February 11, 2021
   Stenographer in Charge (Name, Address, Phone): Lynne Krenz, 316 Robert Street North Suite 146 St. Paul MN  651-848-1226

6. Trial Counsel Was:  [✓] Appointed (no fee required)   [ ] Retained (filing fee $505 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal?  [✓] Yes  [ ] No
   Affidavit of Financial Status filed:  N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal?  [ ] Yes  [✓] No

7. Assistant US Attorney Name and Phone Number:  Allison Ethen & Timothy Rank
   612-664-5600

## Court Reporter Acknowledgment

Date Order Received          Estimated Completion Date          Est. Number of Pages

Court Reporter Signature                                          Date

Noticeofappeal (11/05)